Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

And Division

Case No. 1:24-cv-00558 (GHW)

*(to be filled in by the Clerk's Office)*

Felipe Acevedo

_____

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

City of New York,
(N.Y.P.D) 25th Precinct, John/Jane Doe Officer at
the Precinct and Additional officers that was involved.
Harlem Hospital, Sebastian, Rueda, Valdivieso, MD
Cameron, Wilkinson, MD Katherine, Bruce, DO Samantha
Zevello, MD Rajesh, Dhillon, MD Sukhman Kaur, MD

_____

Defendant(s)

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

2024 AUG -8 AM 10:52

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                         Felipe Acevedo

All other names by which
you have been known:

ID Number

Current Institution          67247-054

Address                      Metropolitan Detention Center 80-29th Street

Brooklyn                N.Y.       11232
        City                    State        Zip Code

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name                         City of New York

Job or Title *(if known)*

Shield Number

Employer

Address

New York                N.Y.
        City                    State        Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 2             (N.Y.P.D.) 25th Precinet, John/Jane Doe officer
Name                         And Additional officers that was involved.

Job or Title *(if known)*    Officers at the 25th Precinet

Shield Number

Employer

Address                      120 East 119th Street

New York                N.Y.     10035
        City                    State        Zip Code

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name          Harlem Hospital, Medical Staff, Sebastian, Rueda, Valdivieso, MD-Cameron, Wilkinson MD- Katherine, Bruce, DO- Samantha Revello MD- Rajesh, Dhillon, MD- Sukhman MD-

    Job or Title *(if known)*    Medical Staff

    Shield Number

    Employer

    Address         506 Lenox Avenue

                    New York      N.Y.      10037

                        *City*           *State*       *Zip Code*

    ☑ Individual capacity     ☑ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Shield Number

    Employer

    Address

                        *City*           *State*       *Zip Code*

    ☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 8th Amendment Violation Cruel and Unusual Punishment, 4th Amendment Violation 14th Amendment Violation

Violation of Constitutional Rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. THE CITY OF NEW YORK Acted Under Color OF STATUE And CUSTOM By EMPLOYING NEGLIGENT CITY OFFICIALS-(N.Y.P.D) CITY OFFICIALS VIOLATED, 42 U.S.C.S § 1983 WHEN THEY Acted Under Color OF STATE LAW By INTERROGATING THE PLAINTIFF UNDER DURESS. Also By MOVING PLAINTIFF FROM CELL TO CELL WITHOUT PROPER MEDICAL ATTENTION KNOWING PLAINTIFF HAD A GUN SHOT WOUND THAT WAS NOT PROPERLY TREATED FOR. HARLEM HOSPITAL And MEDICAL STAFF ACTED UNDER COLOR OF STATE LAW By TREATING THE PLAINTIFF FOR A GUN SHOT WOUND AND DISCHARGED HIM PREMATURELY WITH BROKEN BONES.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)* _____

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose. 120 EAST 119st N.Y.10035 - N.Y.P.D 25TH PRECINCT BETWEEN THE 6TH And THE 7TH OF August 2023. WHERE OFFICER'S WERE NEGLIGENT IN THEIR DUTY. HARLEM HOSPITAL And MEDICAL STAFF AT 506 LENOX AVENUE, NEW YORK, N.Y.10037, TREATED THE PLAINTIFF FOR A GUN SHOT WOUND, DISCHARGED THE PLAINTIFF PREMATURELY WITH BROKEN BONES.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur? BETWEEN AUGUST 6TH AND 7TH OF 2023.- Approximitely 1:30 AM TO ABOUT 4:30 AM

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* (N.Y.P.D) AT THE 25TH Prec.net ACTed Negligent And Violated; 42 U.S.C S§1983- WHEN They ACTed UNDER Color OF STATE LAW By INTERROGATING THE PLAINTIFF UNDER duress ALSO By MOVING THE PLAINTIFF FROM cell TO cell WITH A GUN SHOT WOUND AND BROKEN BONES, HARLEM HOSPITAL And All 6 DOCTORS ACTed Negligently ALSO WITH disregard FOR THE PLAINTIFFS Health By dischrging THE PLAINTIFF PREMATURELY WITHOUT deTecTing THE BROKEN/FRACTURED BONES, WITHOUT giving THE PLAINTIFFS FooT A SPLINT OR A CAST AND WITHOUT giving THE PLAINTIFFS FooT TIME TO HEAL. They ALSO REFUSED TO Give THE PLAINTIFF SufficienT PAIN Medication. MOUNT SINAI HOSPITAL CONFIRMED THE BROKEN/FRACTURES BONES AND GAVE THE PLAINTIFF THE PROPER CARE THAT HARLEM HOSPITAL FAILED TO give THE PLAINTIFF, BUT Only AFTER PErmANENT dAmage WAS DONE.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. A GUN SHOT WOUND WHICH REQUIRED SUrgery- ▉▉▉ A CAST, WAS TREATED AT HARLEM HOSPITAL AND WAS INFORMED By MEDICAL STAFF THAT THERE WAS No BROKEN/FRACTURED BONES WERE SEEN. PLAINTIFF WAS PREMATURELY discharged FROM HARLEM HOSPITAL WITH BROKEN/FRACTURED FROM HIS GUN SHOT WOUND. PLAINTIFF NOW HAS Severe PERMANENT dAmage TO HIS RIGHT FooT FROM GUN SHOT WOUND AND NOT getting THE PROPER CARE AND TREATMENT THAT WAS NEEDNT.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. COMPENSATORY DAmages IN THE AMOUNT OF 15 MILLION dollars FOR PERMANENT disfigurement, ScArring, PHYSICAL TRAUMA, PAIN And SUFFERING, MENTAL PAIN, And MENTAL TRAUMA, FIASH BACKS, NERVE dAmage, MENTAL PAIN, PARANOID CONDITION, EMOTIONAL TRAUMA,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

2.    What did you claim in your grievance?

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

Overall Summary of                    Date: 7-29-2023
Amended Complaint

        I Felipe Acevedo #67247-054, duly swear
That all This Information That Is Stated Is All True
As Well As Factual.

        On August, 6. 2023, The Plaintiff suffered From
A Gun Shot Wound To His Right Foot. He Was Taken To
Harlem Hospital's Emergency Room For Treatment.
The listed doctor's, Samantha Revello, Rajesh Dhillon,
Sukhman Kaur, Took X-Rays And stated That There Are
No Broken/Fractured Bones. (Harlem·Hospital·Exhibit, Page 24)

        Dr. Katherine Bruce, Agreed The Image Was
Negative For Acute Fractures/Broken Bones. (Harlem·Hospital
Exhibit page·10). The Plaintiff Was discharged That Sameday
With No Cast, Splint, Surgery or Any Pain Medication.
An ortho shoe Was Provided To Manage The Pain, Patient
Was Instructed To Take Tylenol or Motrin. (Harlem·Hospital
Exhibit page 10). He Was discharged Prematurely, With His
Foot still In Excruciating Pain, being Taken Into Police
Custody And Transported To N.Y.P.D's 25ᵀᴴ Precinet.

        The Plaintiff Was Interrogated & Forced Him To
Stand And Walk on a Raw And untreated Gun shot Wound
With Broken/Fractured Bones. For 6 In A half hours,
They Made Him Walk From A cell To An Interrogation
Room over And over again, causing The Plaintiff To
Suffer significant and likely Permanent Nerve damage
And disFigurement To The Injured Foot.

The ortho Shoe And Bandages Were Visibly Soaked In Blood, Throughout The Rest OF The day While In Police Custody. When released after Several hours, He Was Shoved out Into The street Without Any Further Medical Treatment. All OF This Could Have Been Avoided If Harlem Hospital would Have Had Acted Appropriately.

On August, 11, 2023, The Plaintiff returned To Harlem Hospital alerting Medical staff That His Foot Was Still In excruciating Pain. A Dr. Cameron Wilkinson And Sebastian Valdivieso Rueda. determined once again That the X-Rays showed No Broken/Fractured Bones. (Harlem Hospital - Exhibit page 2) The Plaintiff Requested, But Was denied The Appropriate Pain Medication. He Was given Crutches After The Fact The Plaintiff Had To Ask For Them.

The Medical staff In Harlem Hospital's Emergency Room did Nothing, But Give The Plaintiff A Cane And An ortho shoe. The Plaintiff was disgusted With The staff at Harlem Hospital. (Harlem Hospital Exhibit page 2) Finally, On August, 15, 2023, The Plaintiff Wanted a second opinion on his Condition. He Went To Mount Sinai Hospital Emergency Room, For That Second Opinion. Unlike Harlem Hospital, Mount Sinai Treated The Plaintiff's Injury and Him With Respect, as Well As diligence. They kept the Plaintiff over Night In The Emergency Room To Run The Appropriate Tests.

UNLike Harlem Hospitals Staff That Failed To Comply.

The Plaintiff had Comminuted Fractures of The Inferior Half of the Intermediate Cuneiform. Additional Comminuted Fractures of The medial/dorsal Aspect and Multiple Small Adjacent osseous Fragments, likely Representing The Course of The Gunshot Wound Through His Right Foot. (Mount Sinai Hospital- Exhibit, 2 of 6 p10).

Mount Sinai Hospital Treated The Plaintiff With A Splint- Crutches were given and A Script For Physical Therapy. The Plaintiff Was given Oxycodone (Percocet), Mount Sinai Hospital- Exhibit, p-2-9.⁽¹ᐟ⁴⁾ For Pain Management.

To Conclude, Harlem Hospital's doctors Prematurely discharged The Plaintiff Negligently, Failing To Notice The Plaintiffs Multiple Fractures/Broken Bones. the Staff Ignored His Request For Pain Medication, And failed To Give The Plaintiff's Gunshot Wound The Treatment That It Severely Needed.

Please Allow me This Brief moment TO Thank you For Your Time, Effort And Concern In This MATTER. I Truly Hope as well as Pray That I Will Hear Back From you Soon.

From: Felipe Acevedo
67247-054

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____
Printed Name of Plaintiff   Felipe Acevedo
Prison Identification #      67247-054
Prison Address              Metropolitan Detention Center 80·29TH Street
                            Brooklyn                 N.Y.        11232
                            _____City_____  ___State___  __Zip Code__

### B.    For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
                            _____
                            _____City_____  ___State___  __Zip Code__
Telephone Number            _____
E-mail Address              _____

EXhibiT=A

HARLEM HOSPITAL
MedicaL Records

03/22/2024 FRE 8:51 FAX 8002398422A Environmental SVCS Case 1:24-cv-00538-CFW Document 108 Filed 08/08/24 Page 16 of 87 003/030

Mar 12 2024 08:43AM MDC Brooklyn 17188404220        page 2

1873928
C 05·001

BP-A0621
Nov 12

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

**U.S. Department of Justice**            **Federal Bureau of Prison**

### Certification of Identity

**Privacy Act Statement.** In accordance with 28 CFR Section 166.41(d) personal data sufficient to identify the individuals submitting requests by mall under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the record of individuals who are the subject of US Department of Justice systems of records are not wrongfully disclosed by the Department. Failure to furnish this information will result in no action being taken on the request. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and compiling and reviewing the collection of information. Suggestions for reducing this burden may be sumitted to Director, Facilities and Administrative Services Staff, Justice Management Division, US Department of Justice, Washington, DC 20530 and the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (110370016), Washington, DC 20503.

| Full Name Of Currently or Previously Incarcerated Individual<br>ACEVEDO, FELIPE | Register Number<br>67247-054 | Current Address |
|---|---|---|
| Date of Birth<br>11/08/1984 | Place of Birth | Social Security Number |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5000.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to

[ ] release information to,    OR    [X] obtain information from

     Name/Facility: NYC Health + Hospitals/Harlem

     Address: 506 Lenox Ave

   City, State, Zip: New York, Nebraska, 11232

I understand the information is to be used for (specific reason for release of information):

[X] Continuation of care, or      [ ] Other

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from (dates): 08/01/2023    to    09/01/2023
This is to include:

| | | | |
|---|---|---|---|
| [X] Complete Record | [X] Discharge Summary | [X] History & Physical | [ ] Operative Reports |
| [ ] Consultations | [X] Progress Notes | [X] X-ray Reports | [ ] Pathology Reports |
| [X] Laboratory Reports | | [ ] Actual Films | [ ] Actual Slides |
| | | [ ] Will be returned OR | [ ] Will be returned OR |
| | | [ ] Duplicates accepted | [ ] Duplicates accepted |

[ ] Other:

Signature _____      Date 3-8-2022R

     Signature of current or formerly
     incarcerated individual requesting the
     release of his/her records.

## CONFIDENTIAL

       Prescribed by P6031

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M

## Immunizations

### Current Immunizations

Never Reviewed

| Name | Date | Dose | Visit Date | Route |
|------|------|------|-----------|-------|
| TD PRESERVATIVE FREE | 8/6/2023 1:20 AM | 0.5 mL | 8/6/2021 | Intramuscular |
| Given By: Singh, Rohan Sohan, RN | | | | |
| Manufacturer: Sanofi Pasteur | | | | |
| Lot: U7745AA | | | | |

### END OF REPORT

## Patient (continued)

### Current Medications

#### Medications

ⓘ This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Current Medications

None

### Visit List as of 9/1/2023

No documentation.

CONFIDENTIAL

**NYC HEALTH+ HOSPITALS** | **Harlem**
HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acovedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255423132
Visit date: 8/11/2023

## 08/11/2023 - Office Visit in Harlem General Surgery

**Provider Notes**

**Progress Notes**

**Valdivieso Rueda, Sebastian, MD at 8/11/2023 0840**

Author: Valdivieso Rueda, Sebastian, MD    Service: —                        Author Type: Resident
Filed: 08/11/23 1003                        Encounter Date: 8/11/2023          Status: Signed
Editor: Valdivieso Rueda, Sebastian, MD (Resident)

General Surgery Clinic Note

38 year old male here for follow up after Gsw to the right foot
X ray showed no fractures
Injury was 8/6/23
He was discharged with tylenol and motrin
Reports pain is better but still having significant pain.
He has been doing daily dressing changes
Denies fever, chills
Denies discharge from the wounds

Vitals:

|        | 08/11/23 0917 |
|--------|---------------|
| BP:    | 120/72        |
| Pulse: | 98            |
| Resp:  | 18            |
| Temp:  | 98.5 °F (36.9 °C) |
| SpO2:  | 98%           |

Alert and oriented
Right foot is swollen, has 2 GSW injuries that look clean and dry, no discharge, no erythema, no fluctuance, tender to palpation. Not tense. DP pulse present but weak due to swelling. Foot I warm with good capillary refill

Patient upset because he wants oxycodone or percocet, we will send gabapentin and flexeril and he can continue taking tylenol.
He got more upset and says he will go to other hospital to get pain medication.
Was given crutches as well since he was asking for them

Plan:
Gabapentin
Podiatry referral
Continue tylenol
Elevate leg when in bed
Flexeril
Follow up with podiatry

Electronically signed by Valdivieso Rueda, Sebastian, MD at 08/11/23 1003

**Wilkinson, Cameron, MD at 8/11/2023 0840**

Author: Wilkinson, Cameron, MD    Service: —                        Author Type: Physician
Filed: 08/11/23 1010               Encounter Date: 8/11/2023          Status: Signed
Editor: Wilkinson, Cameron, MD (Physician)

I was present with the resident during the history and exam. I discussed the case with the resident and agree with the findings and plan as documented in the resident's note.

Printed on 3/22/24  9:51 AM



**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255423132
Visit date: 8/11/2023

08/11/2023 - Office Visit in Harlem General Surgery (continued)

**Provider Notes (continued)**

Electronically signed by Wilkinson, Cameron, MD at 08/11/23 1010



**NYC**
**HEALTH+**
**HOSPITALS** | **Harlem** | HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037 | Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 256403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 ED in Harlem ED Adult

## ED Provider Note

### ED Provider Notes by Bruce, Katherine, DO at 8/6/2023 0445

| | | |
|---|---|---|
| Author: Bruce, Katherine, DO | Service: Adult ED | Author Type: Resident |
| Filed: 08/06/23 0508 | Date of Service: 08/06/23 0445 | Status: Attested |
| Editor: Bruce, Katherine, DO (Resident) | | Cosigner: Revello, Samantha, MD at 08/10/23 0741 |

**Attestation signed by Revello, Samantha, MD at 08/10/23 0741**

Review/Sign-off - resident's documentation w/ revisions: I have personally seen, evaluated and participated in this patient's care and find this patient's history and physical examination are consistent with the resident's documentation with the following exceptions/revisions.

38M PMH seizures, psychiatric ds, BIBEMS s/p GSW to the R foot. Denies other trauma, denies LOC.

General: pt well appearing, nontoxic, speaking in full sentences
HEENT: NCAT, no rhinorrhea or congestion
CARDIO: not tachycardic, s1s2 noted, no murmurs
LUNGS: CTA b/l, no wheezing, rhonchi or rales noted, not tachypneic
ABDOMEN: soft, nontender
SKIN: GSW to the R foot
NEURO: neurologically intact, no focal deficits

GSW, will r/o fx, vascularly intact

I spent 40 minutes of critical care time (excluding separately billable procedures) involving high complexity decision making to assess, manipulate and support vital system function to treat a single or multiple vital organ system failure and / or to prevent further life-threatening deterioration of the patient's condition.
Patient Findings: trauma
My Actions Include: blood draw for specimens, evaluation of patient's response to treatment, examination of patient, ordering and performing treatments and interventions, ordering and review of laboratory studies, and ordering and review of radiographic studies

Note Initiated: 08/06/2023 at 4:45 AM
Encounter Date: 8/6/2023

## Chief Complaint:

**Chief Complaint**
Patient presents with
• Gun Shot Wound
• Foot Injury

## History of Present Illness:

Patient is a 38 year old male with PMHx of seizure disorder (on dilantin) and unknown psychiatric disorder BIBEMS for assessment of a gunshot wound to his right foot. Patient states that he was walking down the street when he was shot by an unknown assailant. Patient denies hitting his head or losing consciousness; he currently endorses 10/10 stabbing pain to his right foot. Patient does not recall his last tetanus vaccine. EMS reports patient received 70mcg of fentanyl in the field.



**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

### 08/06/2023 - ED in Harlem ED Adult (continued)

**ED Provider Note (continued)**

Trauma Examination:

Primary Survey:
A: Airway patent, /- C-spine protection; patient's airway assessed & maintained without an adjunct
B: patient breathing spontaneously, no shortness of breath, BS equal bilaterally
C: vitals as recorded, pulses equal in all 4 extremities
D: Moving all 4 extremities with intact sensation, pupils equal & reactive, GCS 15
E: patient completely exposed and examined. Open wound seen on right foot with presumed exit wound on medial right foot. No obvious bony deformities. Patient covered after initial exposure

History:
History reviewed. No pertinent past medical history.

No past surgical history on file.

History reviewed. No pertinent family history.

Physical Exam:
**Physical Exam**
Vitals and nursing note reviewed.
Constitutional:
   General: He is not in acute distress.
   Appearance: Normal appearance. He is normal weight. He is not ill-appearing, toxic-appearing or diaphoretic.
HENT:
   Head: Normocephalic and atraumatic.
   Nose: Nose normal. No congestion or rhinorrhea.
   Mouth/Throat:
   Mouth: Mucous membranes are moist.
   Pharynx: Oropharynx is clear.
Eyes:
   Extraocular Movements: Extraocular movements intact.
   Conjunctiva/sclera: Conjunctivae normal.
   Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
   Rate and Rhythm: Normal rate and regular rhythm.
   Pulses: Normal pulses.
   Heart sounds: Normal heart sounds.
Pulmonary:
   Effort: Pulmonary effort is normal. No respiratory distress.
   Breath sounds: Normal breath sounds. No stridor. No wheezing or rhonchi.
Abdominal:
   General: Abdomen is flat. Bowel sounds are normal. There is no distension.
   Palpations: Abdomen is soft. There is no mass.
   Tenderness: There is no abdominal tenderness.
   Hernia: No hernia is present.
Musculoskeletal:
   General: Signs of injury (**puncture wound on plantar surface of right foot**) present. No swelling, tenderness or deformity. Normal range of motion.

Printed on 3/22/24  9:51 AM



NYC
HEALTH+
HOSPITALS   |   Harlem   HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 SO In Harlem ED Adult (continued)

**ED Provider Note (continued)**

    Cervical back: Normal range of motion and neck supple. No rigidity or tenderness.
Skin:
    General: Skin is warm and dry.
    Capillary Refill: Capillary refill takes less than 2 seconds.
    Coloration: Skin is not jaundiced or pale.
    Findings: No bruising or rash.
Neurological:
    General: No focal deficit present.
    Mental Status: He is alert and oriented to person, place, and time.

CONFIDENTIAL

NYC
HEALTH+
HOSPITALS | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (continued)

**ED Provider Note (continued)**

CONFIDENTIAL

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED (I) Harlem ED ADUP (continued)

**ED Provider Note (continued)**



**Medications:**

**Patient's Medications**
 No medications on file

**Allergies:**
No Known Allergies

Printed on 3/22/24  9:51 AM



**NYC HEALTH+ HOSPITALS** | Harlem

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (continued)

**ED Provider Note (continued)**

Vital Signs:
**Visit Vitals**

| | |
|---|---|
| BP | 124/78 |
| Pulse | (!) 109 |
| Temp | 97.3 °F (36.3 °C) (Axillary) |
| Resp | 16 |
| SpO2 | 98% |

**Assessment and Plan / MDM:**
Patient is a 38 year old male presenting with a gunshot wound to his right foot, patient called as level 2 trauma. At time of presentation, patient is stable but agitated with NYPD. Will obtain relevant pre-op labs, provide analgesia, obtain relevant imaging, & follow Trauma Surgery recs.

**Plan:**
BMP to evaluate for electrolyte abnormalities and anion gap acidosis
CBC to evaluate for anemia & thrombocytopenia
Coag panel to evaluate for coagulopathy & liver function
VBG to evaluate for alkalosis/acidosis, hypercarbia, lactic acidosis
Meds: 1LNS, versed 2mg, droperidol 5mg, tetanus booster

Katherine Bruce, DO
Resident
08/06/23 0508

Samantha Revello, MD
08/10/23 0741

Electronically signed by Bruce, Katherine, DO at 08/06/23 0508
Electronically signed by Revello, Samantha, MD at 08/10/23 0741

**ED Dispo Note by Bruce, Katherine, DO at 8/6/2023 0557**

| | | |
|---|---|---|
| Author: Bruce, Katherine, DO | Service: Adult ED | Author Type: Resident |
| Filed: 08/06/23 0559 | Date of Service: 08/06/23 0557 | Status: Signed |
| Editor: Bruce, Katherine, DO (Resident) | | Cosigner: Revello, Samantha, MD at 08/06/23 0608 |



**NYC HEALTH+ HOSPITALS** | **Harlem** | HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (continued)

**ED Provider Note (continued)**

Note Initiated: 08/06/2023 at 5:57 AM

**ED Disposition Note**

Diagnosis
The encounter diagnosis was Gunshot wound of right foot, initial encounter.

Disposition

**ED Disposition**

| ED | Comment |
|---|---|
| Disposition | -- |
| **Discharge** | |

Follow-Up With
No follow-up provider specified.
Home Medications No Changes
There are no discharge medications for this patient.

Home Medication Changes
There are no discharge medications for this patient.
There are no discharge medications for this patient.

Prescriptions Given This Visit
There are no discharge medications for this patient.

Consults
None
Final Assessment and Plan

38 year old male that presented with a gunshot wound to the right foot. Imaging negative for acute fracture, labs indicated presence of elevated lactate that improved after IV fluids. Patient to follow up with trauma clinic this week, given Ortho shoe for ambulation. Patient instructed to take tylenol or motrin as needed for pain. Patient discharged to police custody in no acute distress. All questions answered & concerns addressed.


CONFIDENTIAL

NYC
HEALTH+
HOSPITALS | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

**08/06/2023 ED in Harlem ED Adult (continued)**

**ED Provider Note (continued)**

Electronically signed by Bruce, Katherine, DO at 08/06/23 0559
Electronically signed by Revello, Samantha, MD at 08/06/23 0608

## ED Notes

### ED Triage note by Joyful, Mimi, RN at 8/6/2023 0102

| | | |
|---|---|---|
| Author: Joyful, Mimi, RN | Service: Emergency Dept | Author Type: Registered Nurse |
| Filed: 08/06/23 0108 | Date of Service: 08/06/23 0102 | Status: Signed |
| Editor: Joyful, Mimi, RN (Registered Nurse) | | |

38 y/o male BIBEMS with c/o right foot injury s/p GSW. Patient states that he got shot in the foot while walking on the streets. Alert and oriented x 3. Team 1 provider notified. Patient transferred to trauma room for further evaluation and treatment. Level 2 trauma paged.

Electronically signed by Joyful, Mimi, RN at 08/06/23 0108

## Consult Notes

### Consults by Rodriguez, Joe, MD at 8/6/2023 0143

| | | |
|---|---|---|
| Author: Rodriguez, Joe, MD | Service: General Surgery | Author Type: Resident |
| Filed: 08/06/23 0150 | Date of Service: 08/06/23 0143 | Status: Attested |
| Editor: Rodriguez, Joe, MD (Resident) | | Cosigner: Davis, Robert, MD at 08/06/23 0830 |

**Attestation signed by Davis, Robert, MD at 08/06/23 0830**

**Trauma Attending Surgeon**
I have seen and evaluated this patient with the Resident in the Trauma Bay. The chart was reviewed and all available lab tests and imaging were reviewed.. I personally participated with the physical exam and medical decision making. I have reviewed and agree with all of the Resident documentation including the history, exam, medical decision making and findings, I agree with the assessment and plan.

NYC
HEALTH+
HOSPITALS | **Harlem**

Felipe Acevedo
38 y.o./male
1873928

Time paged: 0130
Time of response: 0131
Attending on call: Davis

CONFIDENTIAL

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem, ED ADULT (continued)

**Consult Notes (continued)**

### HPI (History)

**Felipe Acevedo** is a 38 y.o.male psych hx non compliant with meds and sz hx on dilantin brought in by EMS with Trauma Level 2 activation secondary to GSW to R leg while walking on the street tonight. Reports pain and bleeding at the site of injury

SYMPTOMS; Head TRAUMA: none

### Primary Survey

A: Airway Blank multiple: Airway Intact
B: BREATHING: regular, no distress
C: Pulse rate 120, Blood Pressure 117/26, findings; bleeding: with a small amount of bleeding
D: Numbers; 3-15 (gcs): 15,GCSEYERESPONSE: 4- Spontaneous Eye Opening , GCSVERBAL: 5- Oriented, GCSMOTOR: 6- Obeys commands, FINDINGS; PUPIL EXAM: equal, round, reactive to light and accommodation
E: no incision or traumatic skin findings and trajectory of GSW appears to be from anterolateral R foot proximally and possible exit medial foot at the midfoot, no invovlement of the ankle, NVI
FAST: Negative, FAST FLUID: no fluid observed

**Vitals:**

| | 08/06/23 0125 |
|---|---|
| BP: | 117/76 |
| Pulse: | |
| Resp: | |
| SpO2: | |

### Secondary Survey

Physical Exam

### AMPLE

**Allergies** No Known Allergies

**Medications** No medication comments found.

**Past Medical History**
History reviewed. No pertinent past medical history.

**Past Surgical History**
No past surgical history on file.

**Social History**

**Event/Mechanism**
GSW R foot

### Review of Systems

CONFIDENTIAL

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (continued)

**Consult Notes (continued)**

- Negative except as above in HPI

No labs

### Radiology

There are no results available from this visit.

Felipe Acevedo is a 38 y.o. male brought in as a Level 2 trauma s/p through and through GSW to R foot. No other obvious injury. No fracture in the foot. Dw radiology resident over the phone

**Injuries**:
Through and through R foot GSW

**Active problems**:
There is no problem list on file for this patient.

- verify formal read of xray, if no fx documented then dc home, if there's a fx then consult ortho
- wound washed out with betadine/saline mix, wrapped
- fu in podiatry clinic, fu in trauma clinic

**Joe Rodriguez, MD**
**8/6/2023  1:43 AM**

Electronically signed by Rodriguez, Joe, MD at 08/06/23 0150
Electronically signed by Davis, Robert, MD at 08/06/23 0830

**Provider Notes**

Discharge Instructions
Bruce, Katherine, DO at 8/6/2023 0443

| Author: Bruce, Katherine, DO | Service: — | Author Type: Resident |
|---|---|---|
| Filed: 08/06/23 0443 | Date of Service: 08/06/23 0443 | Status: Written |

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (continued)

**Provider Notes (continued)**

Editor: Bruce, Katherine, DO (Resident)

Please follow up in the trauma surgery clinic on Thursday morning (August 10). You can take motrin and tylenol as
needed for pain. Return to the ED if you develop any concerning symptoms.

Electronically signed by Bruce, Katherine, DO at 08/06/23 0443

## Labs

### Blood Bank

**Type and Screen [183869412] (Final result)**

Electronically signed by: **Revello, Samantha, MD** on 08/06/23 0106          Status: Completed
Ordering user: Revello, Samantha, MD 08/06/23 0106          Ordering provider: Revello, Samantha, MD
Authorized by: Revello, Samantha, MD          Ordering mode: Standard
Frequency: STAT Once 08/06/23 0105 - 1 occurrence          Class: Unit Collect
Quantity: 1          Lab status: Final result
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Is the patient Pre-Op or Pre-Procedure? | Yes |
| History of Transfusion (ever)? | No |

Order comments: Is the patient Pre-Op or Pre-Procedure?->Yes History of Transfusion (ever)?->No HA ED ADULT

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 32BB23009747 | WB/Coll list | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

**Type and Screen [183869412]**          Resulted: 08/06/23 0310, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106          Order status: Completed
Filed by: Interface, Lab In Hlseven 08/06/23 0311          Collected by: Singh, Rohan Sohan, RN 08/06/23 0110
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM (BLOOD BANK)

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO Grouping | A | A | — | NYC H+H/HA (BB) |
| Rh Factor | Positive | Positive | — | NYC H+H/HA (BB) |
| Antibody Screen | Negative | Negative | — | NYC H+H/HA (BB) |

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30 - NYC H+H/HA (BB) | NYC HEALTH + HOSPITALS / HARLEM (BLOOD BANK) | Unknown | 506 Lenox Avenue New York NY 10037 | 01/26/22 0853 - Present |

**Type and Screen [183869412]**          Resulted: 08/06/23 0214, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106          Order status: Completed
Filed by: Interface, Lab In Hlseven 08/06/23 0247          Collected by: Singh, Rohan Sohan, RN 08/06/23 0110
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM (BLOOD BANK)

**Components**



# NYC HEALTH+ HOSPITALS

## Harlem

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

**08/06/2023 - ED In Harlem ED Adult (continued)**

### Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ABO Grouping | A | A | — | NYC H+H/HA (BB) |
| Rh Factor | Positive | Positive | — | NYC H+H/HA (BB) |

#### Testing Performed By

| Lab/ Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 30 - NYC H+H/HA (BB) | NYC HEALTH + HOSPITALS / HARLEM (BLOOD BANK) | Unknown | 506 Lenox Avenue New York NY 10037 | 01/26/22 0853 - Present |

#### Type and Screen [183869412]

Resulted: 08/06/23 0147, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0147
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

#### Testing Performed By

| Lab/ Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

### Lab

#### CBC and Differential [183869409] (Final result)

Electronically signed by: Revello, Samantha, MD on 08/06/23 0106  **Status: Completed**
Ordering user: Revello, Samantha, MD 08/06/23 0106
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0105 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM
Order comments: HA ED ADULT

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 322321800045 | WB/Coll list | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

#### CBC and Differential [183869409] (Abnormal)

Resulted: 08/06/23 0132, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0132
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 11.09 | 4.80 - 10.80 x10(3)/mcL | H | NYC H+H/HA |
| RBC | 5.04 | 4.70 - 6.10 x10(6)/mcL | — | NYC H+H/HA |
| HGB | 15.2 | 14.0 - 18.0 g/dL | — | NYC H+H/HA |
| HCT | 45.6 | 42.0 - 52.0 % | — | NYC H+H/HA |
| MCV | 90.5 | 80.0 - 99.0 fL | — | NYC H+H/HA |



**CONFIDENTIAL**

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

## 08/06/2023 - ED in Harlem ED Adult (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| MCH | 30.2 | 27.0 - 31.0 pg | | — | NYC H+H/HA |
| MCHC | 33.3 | 29.8 - 35.2 g/dL | | — | NYC H+H/HA |
| MPV | 10.1 | 8.7 - 12.9 fL | | — | NYC H+H/HA |
| RDW | 12.5 | 12.0 - 15.0 % | | — | NYC H+H/HA |
| PLT | 327 | 150 - 450 x10(3)/mcL | | — | NYC H+H/HA |
| Neutrophil % | 70.5 | 44.0 - 70.0 % | | H^ | NYC H+H/HA |
| Lymphocyte % | 20.7 | 20.0 - 45.0 % | | — | NYC H+H/HA |
| Monocyte % | 6.5 | 2.0 - 10.0 % | | — | NYC H+H/HA |
| Eosinophil % | 1.3 | 1.0 - 4.0 % | | — | NYC H+H/HA |
| Basophil % | 0.5 | 0.2 - 1.8 % | | — | NYC H+H/HA |
| Imm Gran % | 0.5 | 0.0 - 2.0 % | | — | NYC H+H/HA |
| Neutrophil Abs | 7.83 | 2.10 - 7.60 x10(3)/mcL | | H^ | NYC H+H/HA |
| Lymphocyte Abs | 2.30 | 1.00 - 4.90 x10(3)/mcL | | — | NYC H+H/HA |
| Monocyte Abs | 0.72 | 0.10 - 1.10 x10(3)/mcL | | — | NYC H+H/HA |
| Eosinophil Abs | 0.14 | 0.10 - 0.40 x10(3)/mcL | | — | NYC H+H/HA |
| Basophil Abs | 0.05 | 0.00 - 0.20 x10(3)/mcL | | — | NYC H+H/HA |
| Immature Gran Abs | 0.05 | 0.00 - 0.20 x10(3)/mcL | | — | NYC H+H/HA |
| NRBC Abs | 0.00 | <=0.00 x10(3)/mcL | | — | NYC H+H/HA |
| NRBC % | 0.0 | 0.0 - 0.0 % | | — | NYC H+H/HA |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

#### CBC and Differential [183869409]

Resulted: 08/06/23 0129, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hisevein 08/06/23 0129
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

#### APTT [183869410] (Final result)

Electronically signed by: **Revello, Samantha, MD** on **08/06/23 0106**    Status: **Completed**
Ordering user: Revello, Samantha, MD 08/06/23 0106
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0105 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM
Order comments: HA ED ADULT

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|



CONFIDENTIAL

NYC
HEALTH+
HOSPITALS

# Harlem

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

## 08/06/2023 - ED in Harlem ED Adult (continued)

### Labs (continued)

| 322321800045 | WB/Coll list | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

**APTT [183869410] (Abnormal)** Resulted: 08/06/23 0153, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0153
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| aPTT | 24.8 | 25.1 - 36.5 second(s) | L | NYC H+H/HA |

Comment:
For patients undergoing heparin intravenous therapy please review protocol for recommendations on adjusting therapy.
When initiating heparin therapy repeat aPTT every 6 hours until two results are within range, then repeat every 24 hours.

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0004 - Present |

**APTT [183869410]** Resulted: 08/06/23 0129, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0129
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

**Protime - INR [183869411] (Final result)** Status: Completed

Electronically signed by: **Revello, Samantha, MD on 08/06/23 0106**
Ordering user: Revello, Samantha, MD 08/06/23 0106
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0105 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM
Order comments: HA ED ADULT

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 322321800045 | WB/Coll list | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

**Protime - INR [183869411]** Resulted: 08/06/23 0153, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0153
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110



CONFIDENTIAL

NYC
**HEALTH+**
**HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

**08/06/2023 - ED in Harlem ED Adult (continued)**

**Labs (continued)**

Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

**Components**

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| PT | 10.8 | 9.4 - 12.5 second(s) | — | NYC H+H/HA |
| INR | 0.93 | 0.88 - 1.12 ratio | — | NYC H+H/HA |

Comment:
For patients undergoing coumadin therapy, withhold next dose if INR greater than 3.0. Repeat INR daily for inpatients on coumadin. INR values are intended solely for monitoring of anticoagulant therapy.

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|------------------|------|----------|---------|------------------|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

**Protime - INR [183869411]**

Resulted: 08/06/23 0129, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0129
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|------------------|------|----------|---------|------------------|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

**Basic Metabolic Profile [183869413] (Final result)**

Electronically signed by: Revello, Samantha, MD on 08/06/23 0106

Status: **Completed**

Ordering user: Revello, Samantha, MD 08/06/23 0106
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0106 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM
Order comments: HA ED ADULT

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

**Specimen Information**

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| 322321B00045 | WB/Coll list | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

**Basic Metabolic Profile [183869413] (Abnormal)**

Resulted: 08/06/23 0153, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hlseven 08/06/23 0153
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

**Components**



**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

**08/06/2023 - ED H Harlem ED Adult (continued)**

## Labs (continued)

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 147 | 136 - 145 mmol/L | H ^ | NYC H+H/HA |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | NYC H+H/HA |
| Chloride | 107 | 98 - 107 mmol/L | — | NYC H+H/HA |
| CO2 | 17 | 22 - 29 mmol/L | L ⌄ | NYC H+H/HA |
| BUN | 20 | 7 - 18 mg/dL | H ^ | NYC H+H/HA |
| Creatinine | 1.2 | 0.7 - 1.2 mg/dL | — | NYC H+H/HA |
| Glucose | 115 | 74 - 109 mg/dL | H ^ | NYC H+H/HA |

Comment:
70-99 defined by ADA to be normal for fasting glucose
100-125 defined by ADA to be pre-diabetic for fasting glucose
>=126 on two occasions defined by ADA to be diabetic for fasting glucose

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calcium | 9.3 | 8.5 - 10.1 mg/dL | — | NYC H+H/HA |
| Anion Gap | 23 | 6 - 18 mEq/L | H ^ | NYC H+H/HA |
| Osmolality Calc | 296 | 275 - 295 mOsm/L | H ^ | NYC H+H/HA |
| eGFR(cr) | 81 | >=60 ml/min/1.73m2 | — | NYC H+H/HA |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

### Basic Metabolic Profile (183889413) (Abnormal)

Resulted: 08/06/23 0153, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0106
Filed by: Interface, Lab In Hisoven 08/06/23 0153
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

Order status: Completed
Collected by: Singh, Rohan Sohan, RN 08/06/23 0110

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 147 | 136 - 145 mmol/L | H ^ | NYC H+H/HA |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | NYC H+H/HA |
| Chloride | 107 | 98 - 107 mmol/L | — | NYC H+H/HA |
| CO2 | 17 | 22 - 29 mmol/L | L ⌄ | NYC H+H/HA |
| BUN | 20 | 7 - 18 mg/dL | H ^ | NYC H+H/HA |
| Creatinine | 1.2 | 0.7 - 1.2 mg/dL | — | NYC H+H/HA |
| Glucose | 115 | 74 - 109 mg/dL | H ^ | NYC H+H/HA |

Comment:
70-99 defined by ADA to be normal for fasting glucose
100-125 defined by ADA to be pre-diabetic for fasting glucose
>=126 on two occasions defined by ADA to be diabetic for fasting glucose

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Calcium | 9.3 | 8.5 - 10.1 mg/dL | — | NYC H+H/HA |
| Anion Gap | 23 | 6 - 18 mEq/L | H ^ | NYC H+H/HA |
| Osmolality Calc | 296 | 275 - 295 | H ^ | NYC H+H/HA |

CONFIDENTIAL

**NYC**
**HEALTH+**
**HOSPITALS**

**Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

**08/06/2023 ED in Harlem ED Adult (continued)**

**Labs (continued)**

mOsm/L

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

**Basic Metabolic Profile [183869413]**                     Resulted: 08/06/23 0129, Result status: In process

Ordering provider: Revello, Samantha, MD  08/06/23 0106         Order status: Completed
Filed by: Interface, Lab in Hiseven  08/06/23 0129             Collected by: Singh, Rohan Sohan, RN 08/06/23 0110
Resulting lab: HHC CERNER 1

**Testing Performed By**

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

**Blood Gas/Chem Coox Lactate Venous [183869414] (Final result)**                     **Status: Completed**

Electronically signed by: Revello, Samantha, MD on 08/06/23 0106
Ordering user: Revello, Samantha, MD 08/06/23 0106              Ordering provider: Revello, Samantha, MD
Authorized by: Rovello, Samantha, MD                           Ordering mode: Standard
Frequency: STAT Once 08/06/23 0106 - 1  occurrence             Class: Unit Collect
Quantity: 1                                                    Lab status: Final result
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023  1:06 AM
Order comments: HA ED ADULT

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 322321800046 | Venous Blood | — | Singh, Rohan Sohan, RN 08/06/23 0110 |

**Blood Gas/Chem Coox Lactate Venous [183869414] (Abnormal)**                     Resulted: 08/06/23 0139, Result status: Final result

Ordering provider: Revello, Samantha, MD  08/06/23 0106         Order status: Completed
Filed by: Interface, Lab in Hiseven  08/06/23 0139             Collected by: Singh, Rohan Sohan, RN 08/06/23 0110
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: ROHAN SOHAN SINGH
HA ED ADULT

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH Venous | 7.37 | 7.32 - 7.43 | — | NYC H+H/HA |
| PCO2 Venous | 33 | 41 - 54 mmHg | L | NYC H+H/HA |
| PO2 Venous | 62 | 30 - 50 mmHg | H | NYC H+H/HA |

Comment: Venous blood pO2 is not a reliable indicator of arterial pO2.

| Sodium Venous | 142 | 136 - 145 mmol/L | — | NYC H+H/HA |
| Potassium Venous | 4.0 | 3.5 - 5.1 mmol/L | — | NYC H+H/HA |
| Chloride Venous | 109 | 98 - 107 mmol/L | H | NYC H+H/HA |
| Calcium Ionized Venous | 1.17 | 1.16 - 1.32 mmol/L | — | NYC H+H/HA |
| Hct Ven | 47 | 40 - 50 % | — | NYC H+H/HA |

CONFIDENTIAL

| | | | | | |
|---|---|---|---|---|---|
| NYC HEALTH+ HOSPITALS | **Harlem** | HARLEM HOSPITAL CENTER<br>506 Lenox Avenue<br>New York NY 10037 | Patient: Acevedo, Felipe<br>MRN: 1873928, DOB: 11/8/1984, Sex: M<br>Acct #: 255403760<br>Admit: 8/6/2023, Discharge: 8/6/2023 | | |

**08/06/2023 - ED in Harlem ED Adult (continued)**

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Glucose Venous | 117 | 65 - 95 mg/dL | H^ | | NYC H+H/HA |
| Lactate Venous | 6.1 | 0.6 - 1.4 mmol/L | A A | | NYC H+H/HA |
| Total Hemoglobin Venous | 15.8 | 12.8 - 17.4 g/dL | — | | NYC H+H/HA |
| Oxyhemoglobin Venous | 89.1 | 90.0 - 95.0 % | L∨ | | NYC H+H/HA |
| Carboxyhemoglobin Venous | 2.5 | <=2.9 % | — | | NYC H+H/HA |
| Methemoglobin Venous | 0.8 | 0.0 - 1.5 % | — | | NYC H+H/HA |
| Deoxyhemoglobin Venous | 7.6 | 1.0 - 5.0 % | H^ | | NYC H+H/HA |
| O2 Saturation Venous | 92.1 | 60.0 - 85.0 % | H^ | | NYC H+H/HA |
| TCO2 Venous | 20 | 22 - 26 mmol/L | L∨ | | NYC H+H/HA |
| Base Excess Venous | -6 | -2 - 3 mmol/L | L∨ | | NYC H+H/HA |
| HCO3 Venous | 19 | 22 - 29 mmol/L | L∨ | | NYC H+H/HA |

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH +<br>HOSPITALS /<br>HARLEM | Unknown | CLIA-33D0077275<br>506 Lenox Avenue<br>New York NY 10037 | 06/09/21 0904 - Present |

#### Blood Gas/Chem Coox Lactate Venous [183869414]    Resulted: 08/06/23 0129, Result status: In process

Ordering provider: Revello, Samantha, MD   08/06/23 0106    Order status: Completed
Filed by: Interface, Lab In Hlseven   08/06/23 0129    Collected by: Singh, Rohan Sohan, RN 08/06/23 0110
Resulting lab: HHC CERNER 1

#### Testing Performed By

| Lab Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

#### Critical Tracking-Blood Gases (REFLEX) [183869420] (Final result)

Electronically signed by: Interface, Lab In Hlseven on 08/06/23 0110        Status: Completed
Ordering user: Interface, Lab In Hlseven 08/06/23 0110    Ordering provider: Revello, Samantha, MD
Authorized by: Revello, Samantha, MD    Ordering mode: Standard
Frequency: STAT Once 08/06/23 0110 - 1 occurrence    Class: Normal
Quantity: 1    Lab status: Final result
Order comments: Ordered by Laboratory   Ordered by Laboratory

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 322321800046 | Venous Blood | — | FLOORNURSE 08/06/23 0110 |

#### Critical Tracking-Blood Gases (REFLEX) [183869420]    Resulted: 08/06/23 0141, Result status: Final result

Ordering provider: Revello, Samantha, MD 08/06/23 0110    Order status: Completed
Filed by: Interface, Lab In Hlseven   08/06/23 0141    Collected by: FLOORNURSE 08/06/23 0110
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
  Ordered by Laboratory
  Ordered by Laboratory

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Critical Callback Blood Gases<br>Result:<br>TYPE: (C=Critical, P=Panic): C | -- | | | NYC H+H/HA |

# NYC HEALTH+ HOSPITALS | Harlem

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

## 08/06/2023 - ED in Harlem ED Adult (continued)

### Labs (continued)

TESTS: LAC
DATE/TIME NOTIFIED: _08/06/23 01:41
CRITICALS CONFIRMED (Y/N): _Y
NOTIFIED TO: _ DR REVELLO
NOTIFIED BY: _EE

S=SECURE chat message verified soon or
A=Acknowledgment of pushout message by provider or
R=READ BACK heard on phone of value and 2 Pt Identifiers  or
N=Not Successful    or
P=Previously Notified
(S/A/R/N/P): __A&R

COMMENT: _

#### Testing Performed By

| Lab: Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

#### Critical Tracking-Blood Gases (REFLEX) [183869420]     Resulted: 08/06/23 0139, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0110
Filed by: Interface, Lab In Hiseven  08/06/23 0140
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: FLOORNURSE 08/06/23 0110

#### Testing Performed By

| Lab: Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

#### Blood Gas/Chem Coox Lactate Venous [515049641] (Final result)

Electronically signed by: **Revello, Samantha, MD** on 08/06/23 0404     Status: **Completed**
Ordering user: Revello, Samantha, MD 08/06/23 0404
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0405 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023  4:04 AM
Order comments: HA ED ADULT

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 322321800146 | Venous Blood | | Cho, Sang, RN 08/06/23 0411 |

#### Blood Gas/Chem Coox Lactate Venous [515049641] (Abnormal).     Resulted: 08/06/23 0527, Result status: Final result

Ordering provider: Revello, Samantha, MD  08/06/23 0404
Filed by: Interface, Lab In Hiseven  08/06/23 0527
Resulting lab: NYC HEALTH + HOSPITALS / HARLEM
Narrative:
Specimen collected by: SANG CHO
HA ED ADULT

Order status: Completed
Collected by: Cho, Sang, RN 08/06/23 0411

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PH Venous | 7.34 | 7.32 - 7.43 | — | NYC H+H/HA |


CONFIDENTIAL

NYC
HEALTH+
HOSPITALS | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 1255403760
Admit: 8/6/2023, Discharge: 8/6/2023

## 08/06/2023 - ED in Harlem-ED Adult (continued)

### Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| PCO2 Venous | 38 | 41 - 54 mmHg | L ⌄ | | NYC H+H/HA |
| PO2 Venous | 70 | 30 - 50 mmHg | H ⌃ | | NYC H+H/HA |

Comment: Venous blood pO2 is not a reliable indicator of arterial pO2.

| | | | | | |
|---|---|---|---|---|---|
| Sodium Venous | 141 | 136 - 145 mmol/L | — | | NYC H+H/HA |
| Potassium Venous | 3.9 | 3.5 - 5.1 mmol/L | — | | NYC H+H/HA |
| Chloride Venous | 111 | 98 - 107 mmol/L | H ⌃ | | NYC H+H/HA |
| Calcium Ionized Venous | 1.08 | 1.16 - 1.32 mmol/L | L ⌄ | | NYC H+H/HA |
| Hct Ven | 41 | 40 - 50 % | — | | NYC H+H/HA |
| Glucose Venous | 107 | 65 - 95 mg/dL | H ⌃ | | NYC H+H/HA |
| Lactate Venous | 2.7 | 0.6 - 1.4 mmol/L | H ⌃ | | NYC H+H/HA |
| Total Hemoglobin Venous | 13.5 | 12.6 - 17.4 g/dL | — | | NYC H+H/HA |
| Oxyhemoglobin Venous | 92.1 | 90.0 - 95.0 % | — | | NYC H+H/HA |
| Carboxyhemoglobin Venous | 2.1 | <=2.9 % | — | | NYC H+H/HA |
| Methemoglobin Venous | <0.7 | 0.0 - 1.5 % | — | | NYC H+H/HA |
| Deoxyhemoglobin Venous | 5.2 | 1.0 - 5.0 % | H ⌃ | | NYC H+H/HA |
| O2 Saturation Venous | 94.7 | 60.0 - 85.0 % | H ⌃ | | NYC H+H/HA |
| TCO2 Venous | 22 | 22 - 26 mmol/L | — | | NYC H+H/HA |
| Base Excess Venous | -5 | -2 - 3 mmol/L | L ⌄ | | NYC H+H/HA |
| HCO3 Venous | 20 | 22 - 29 mmol/L | L ⌄ | | NYC H+H/HA |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 28 - NYC H+H/HA | NYC HEALTH + HOSPITALS / HARLEM | Unknown | CLIA-33D0677275 506 Lenox Avenue New York NY 10037 | 06/09/21 0904 - Present |

#### Blood Gas/Chem Coox Lactate Venous [515049641]

Resulted: 08/06/23 0518, Result status: In process

Ordering provider: Revello, Samantha, MD 08/06/23 0404
Filed by: Interface, Lab In [Iisoven 08/06/23 0518
Resulting lab: HHC CERNER 1

Order status: Completed
Collected by: Cho, Sang, RN 08/06/23 0411

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 24 - Cerner | HHC CERNER 1 | Unknown | Unknown | 06/09/20 1425 - Present |

## Imaging

### Imaging

#### DX Foot Comp Right [1833669415] (Final result)

Electronically signed by: Revello, Samantha, MD on 08/06/23 0106                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Revello, Samantha, MD 08/06/23 0106
Authorized by: Revello, Samantha, MD
Frequency: STAT Once 08/06/23 0106 - 1 occurrence
Quantity: 1
Instance released by: Revello, Samantha, DO (auto-released) 8/6/2023 1:06 AM

Ordering provider: Revello, Samantha, MD
Ordering mode: Standard
Class: Hospital Performed
Lab status: Final result

#### Questionnaire

CONFIDENTIAL

**NYC HEALTH+ HOSPITALS** | **Harlem**

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient: Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 ED in Harlem ED Admit (continued)

## Imaging (continued)

| Question | Answer |
|---|---|
| Reason for Exam: | s/p GSW |

### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Number of Images? | 2 | |
| Send exam to remote reading? | No | |
| Was this exam done portably? | Yes | |

**DX Foot Comp Right [183869415]**  Resulted: 08/06/23 0244, Result status: Final result
Ordering provider: Revello, Samantha, MD  08/06/23 0106
Resulted by:
Dhillon, Rajesh, MD
Kaur, Sukhman, MD
Performed: 08/06/23 0153 - 08/06/23 0153
Resulting lab: HHC PS360
Narrative:
Right foot.

Order status: Completed
Filed by: Interface, Rad Results in  08/06/23 0248

Accession number: HADX11594153

Clinical indication: Gunshot wound

Technique:  3 views of the right foot (AP, lateral, & oblique) were obtained

Comparison:  None

Findings:

There is no fracture or dislocation.  The joint spaces are preserved.  There is no plantar calcaneal spur.  There is no ankle joint effusion. No radiopaque foreign body is visualized.

Impression:
IMPRESSION:

No evidence of acute fracture or dislocation.

Kaur/Dhillon

Attestation: I have personally reviewed the study and the provided clinical information. I have assessed/edited resident's findings and have prepared a revised report that is based on my own observation and interpretation.

Final report dictated by Sukhman Kaur and signed by Rajesh Dhillon 8/6/2023 2:44 AM

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 173 - PS360 | HHC PS360 | Unknown | Unknown | 02/19/20 1937 - Present |

**DX Foot Comp Right [183869415]**  Resulted: 08/06/23 0153, Result status: In process
Ordering provider: Revello, Samantha, MD  08/06/23 0106
Resulted by:
Dhillon, Rajesh, MD
Kaur, Sukhman, MD
Performed: 08/06/23 0153 - 08/06/23 0153

Order status: Completed
Filed by: Twum-Barimah, Kwasi Ampofo, RT  08/06/23 0153

Accession number: HADX11594153

Signed



NYC
HEALTH+
HOSPITALS | Harlem

HARLEM HOSPITAL CENTER
506 Lenox Avenue
New York NY 10037

Patient:Acevedo, Felipe
MRN: 1873928, DOB: 11/8/1984, Sex: M
Acct #: 255403760
Admit: 8/6/2023, Discharge: 8/6/2023

08/06/2023 - ED in Harlem ED Adult (Continued)

Imaging (continued)

Electronically signed by Dhillon, Rajesh, MD on 8/6/23 at 0244 EDT

# End of Report

Jalissa Hunter
Medical Records / HIT
MDC Brooklyn
80 29th St.
Brooklyn, NY, 11232
(P) 718-840-5397
4/1/24



Exhibit=B

MOUNT SINAI HOSPITAL
Medical Records

933248 E 8|23-10|23



OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name #67247 054 | Date of Birth | Social Security Number |
|---|---|---|
| Felipe Acevedo | 11-08-1984 | 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 |
| Patient Address METROPOLITAN DETENTION CENTER 80-29th STREET BROOKLYN, NEW YORK 11232 | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: MT. Sinai Hospital 1468 Madison Ave Ny, Ny 10029

8. Name and address of person(s) or category of person to whom this information will be sent: Felipe Acevedo Reg No. 67247054 Metropolitan Detention Center 80/29th St Blk, Ny 11232

9(a). Specific information to be released:

☒ Medical Record from (insert date) 8/2003 to (insert date) 10/2023

☒ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☒ Other: Complete Record / Discharge Summary Progress Notes / History & Physical / X-Ray Report CT Scan Report / Follow up Reports Authorization to Discuss Health Information / Everything That I can Have

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment

_____ Mental Health Information

_____ HIV-Related Information

(b) ☐ By initialing here _____ I authorize _____
        Initials                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☒ At request of individual ☐ Other: | 11. Date or event on which this authorization will expire: January 1, 2025 |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Felipe Acevedo    67247054                Date: 6-4-2024
Signature of patient or representative authorized by law

CONFIDENTIAL

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



**Mount
Sinai
Hospital**

# Acevedo, Felipe

9/25/2023 2:00 PM   Office Visit
MRN: 3332481

Description: Male DOB: 11/8/1984  Provider: David Eric Kantrowitz, MD  Department: HOSPITAL ORTHOPEDICS ADULT

No questionnaires available.

## Encounter Messages

No messages in this encounter

## Encounter #

57741321

## Epic Encounter #

100137869585

HAR:

## Patient PCP Information

None on File

## Primary Coverage

| Payer | Plan | Subscriber Name | Subscriber ID |
|---|---|---|---|
| HEALTHFIRST MEDICAID | HEALTHFIRST (MCD) ROSTERED | ACEVEDO,FELIPE | YW76983E |

## Primary Subscriber

| Subscriber Name | Subscriber ID |
|---|---|
| ACEVEDO,FELIPE | YW76983E |

## Secondary Coverage

| Payer | Plan | Subscriber Name | Subscriber ID |
|---|---|---|---|
| HEALTHFIRST MEDICAID | HEALTHFIRST (MCD) ROSTERED | ACEVEDO,FELIPE | YW76983E |

## Secondary Subscriber

| Subscriber Name | Subscriber ID |
|---|---|
| ACEVEDO,FELIPE | YW76983E |

## Visit Insurance

Payor

No insurance selected for this visit. For currently active insurance see face sheet report.

## ⚲ Reason for Visit

| Follow-Up | Right foot.Pain 7 |
|---|---|

Reason for Visit History

## Progress Notes

**CONFIDENTIAL**

6/13/24, 4:12 AM                                     Acevedo, Felipe (MRN: 3332481) DOB: 11/8/1984

### David Eric Kantrowitz, MD at 09/25/23 1400

Status: Signed

Ortho clinic note

Felipe Acevedo is an 38 y.o. male w/pmh/psh significant for asthma, seizure d/o (well controlled, last episode was 2016), p/w R foot pain s/p GSW (DOI: 8/12, am) initially evaluated in Harlem hospital, told no fx and given HSS and cane. Patient was seen in our ED on 8/15 worsening pain and swelling over RLE and difficulty ambulating. CT done here shows some midfoot fxs. Patient was placed in AO splint. Report has been cleaning the wounds w/hydrogen peroxide. Denies any fever/chills.

Interval history 9/25/23: Patient here for follow up. He has been partially weight bearing with a cane. Continues to have some pain in the right foot but says it is improving. Denies fever or chills.

Social Hx
Allergic to PCN-skin peeling of palm and swelling of the throat
Not currently taking any ac
Ambulating w/o assistant device at baseline
Current cigarettes smoker (1pk/day) and marijuana user, denies any illicit drug using
Working in security and stocking
Last tetanus shot was a year ago

**Physical Exam:**
RLE: +two wounds of dorsal and medial side of foot w/o surrounding erythema, no discharge, no sign of infection, swelling of the foot has improved significantly since last visit, ttp over dorsal midfoot, 1+dp pulse, sensation intact to light touch over foot, firing: ehl/ta/gsc w/pain

**Imaging:**
Xray of R foot obtained today 9/25/23 were personally reviewed and demonstrate healing fractures to the lateral, intermediate and medial cuneiforms with maintained alignment

**Assessment:**
38 y.o. male s/p GSW (DOI: 8/12, am) with R midfoot fxs managed nonoperatively, now 6 weeks out doing well

**Plan:**
- advance WB in CAM boot. Can wean CAM boot and walker over next 6 weeks
- given PT script
- gabapentin given for pain
- follow up in 6 weeks with repeat xrays

### Roger Levy, MD at 09/25/23 1400

Status: Signed

The case was reviewed and discussed with DAVID ERIC KANTROWITZ, and I have personally evaluated and seen the patient. I agree with the history, examination, and plan of care.

### ❧ Vitals                                          Most recent update: 9/25/2023  1:52 PM

| BP | Pulse | Temp | Resp | Ht |
|---|---|---|---|---|
| 127/89 (BP Location: Right Arm, Patient Position: Sitting, Cuff Size: Regular) | 99 | 36 °C (96.8 °F) (Tympanic) | 16 | 1.676 m (5' 6") |

| Wt | SpO2 | BMI |
|---|---|---|
| 74.8 kg (165 lb) | 96% | 26.63 kg/m² |

### All Flowsheet Templates (all recorded)



This is a confidential document. Please dispose of it appropriately.

Acevedo, Felipe (MRN: 3332481) DOB: 11/8/1984

Encounter Vitals
Patient Health Questionnaire-2/9
Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score

## History Reviewed

Date Reviewed:
Last Reviewed by PASKAL, MONIKA on 8/15/2023

## ⊘ Abuse and Neglect

| Questions | Responses |
|---|---|
| Is abuse or neglect suspected? | No |

## Allergies as of 9/25/2023                          Reviewed by Pilar Velez on 9/25/2023

No Known Allergies

## Immunizations/Injections Administered as of 9/25/2023          Never Reviewed

No immunizations on file.

## ⊘ Visit Diagnoses and Associated Orders

Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter -
Primary
ICD-10-CM: S92.234D
ICD-9-CM: V54.19
XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [IMGXR9056 Custom]
AMB REF TO EXTERNAL PHYSICAL THERAPY [511681 Custom]

## ⊘ You Were Diagnosed With

| | Codes | Comments |
|---|---|---|
| Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter  - Primary | ICD-10-CM: S92.234D ICD-9-CM: V54.19 | |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | OFFICE VISIT,EST,LEVL IV (99214) | 9/25/2023 | David Eric Kantrowitz, MD | | 1 |

## Level of Service

Level of Service
OFFICE VISIT,EST,LEVL IV (99214) [99214]

## Encounter Status

Electronically signed by David Eric Kantrowitz, MD on 9/25/23 at 15:21

## Chart Cosign

| Accepted By | Accepted On |
|---|---|
| Roger Levy, MD | 10/18/2023  8:32 AM |

## Follow-up and Dispositions

- Return in about 6 weeks (around 11/6/2023).

Follow-up and Disposition History

## Patient Instructions

advance WB in CAM boot. Can wean CAM boot and walker over next 6 weeks

CONFIDENTIAL

6/13/24, 4:12 AM                          Acevedo, Felipe (MRN: 3332481) DOB: 11/8/1984

- gabapentin given for pain
- follow up in 6 weeks with repeat xrays

## Communication Routing History

None

## ⑦ Questionnaires

No completed forms available for this encounter.

## Diagnoses

Visit Diagnosis Changes

1499683 marked as Primary Diagnosis by KANTROWITZ, DAVID ERIC (KANTRD01), Mon Sep 25, 2023  2:35 PM
Added   1499683 by KANTROWITZ, DAVID ERIC (KANTRD01), Mon Sep 25, 2023  2:35 PM

## ⚕ Diagnoses

|  | Codes | Comments |
|---|---|---|
| Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter  - Primary | ICD-10-CM: S92.234D ICD-9-CM: V54.19 |  |

## 🗋 Encounter-Level Documents on 09/25/2023:

Scan on 9/27/2023 1630 by Charmaine Cox: Pt's BILL OF RIGHTS

## 🗋 Order-Level Documents:

There are no order-level documents.

## Addendum Notes

No notes of this type exist for this encounter.



# Mount Sinai Hospital

# Acevedo, Felipe

8/21/2023 2:00 PM   Office Visit
MRN: 3332481

Description: Male DOB: 11/8/1984  Provider: Noor Maza, MD  Department: HOSPITAL ORTHOPEDICS ADULT

No questionnaires available.

## Encounter Messages

No messages in this encounter

## Encounter #

57646452

## Epic Encounter #

100137590226

CONFIDENTIAL

This is a confidential document. Please dispose of it appropriately.                                              4/7

Acevedo, Felipe (MRN: 3332481) DOB: 11/8/1984

HAR:

## Patient PCP Information

None on File

## Primary Coverage

| Payer | Plan | Subscriber Name | Subscriber ID |
|---|---|---|---|
| HEALTHFIRST MEDICAID | HEALTHFIRST (MCD) ROSTERED | ACEVEDO,FELIPE | YW76983E |

## Primary Subscriber

| Subscriber Name | Subscriber ID |
|---|---|
| ACEVEDO,FELIPE | YW76983E |

## Secondary Coverage

| Payer | Plan | Subscriber Name | Subscriber ID |
|---|---|---|---|
| HEALTHFIRST MEDICAID | HEALTHFIRST (MCD) ROSTERED | ACEVEDO,FELIPE | YW76983E |

## Secondary Subscriber

| Subscriber Name | Subscriber ID |
|---|---|
| ACEVEDO,FELIPE | YW76983E |

## Visit Insurance

| Payor |
|---|

No insurance selected for this visit. For currently active insurance see face sheet report.

## ☏ Reason for Visit

**New Patient**
Reason for Visit History

## Progress Notes

### Noor Maza, MD at 08/21/23 1400

Status: Signed

Felipe Acevedo is an 38 y.o. male w/pmh/psh significant for asthma, seizure d/o (well controlled, last episode was 2016), p/w R foot pain s/p GSW (DOI: 8/12, am) initially evaluated in Harlem hospital, told no fx and given HSS and cane. Patient was seen in our ED on 8/15 worsening pain and swelling over RLE and difficulty ambulating. CT done here shows some midfoot fxs. Patient was placed in AO splint. Report has been cleaning the wounds w/hydrogen peroxide. Denies any fever/chills.

Social Hx
Allergic to PCN-skin peeling of palm and swelling of the throat
Not currently taking any ac
Ambulating w/o assistant device at baseline
Current cigarettes smoker (1pk/day) and marijuana user, denies any illicit drug using
Working in security and stocking
Last tetanus shot was a year ago

**Physical Exam:**
RLE: +two wounds of dorsal and medial side of foot w/o surrounding erythema, no discharge, no sign of infection, diffuse swelling of the foot/distal tib/fib, w/ttp, 1+dp pulse, sensation intact to light touch over foot, firing: ehl/ta/gsc w/pain, non ttp over knee, no obvious other injury appreciated over RLE

**Imaging:**
Xray of R foot/CT non con of R foot: fx of medial, intermediate and lateral cuneiforms

**Assessment:**

**CONFIDENTIAL**

This is a confidential document. Please dispose of it appropriately.

5/13/24, 4:12 AM                                Acevedo, Felipe (MRN: 3332481) DOB: 11/8/1984

38 y.o. male s/p GSW (DOI: 8/12, am) with R midfoot fxs managed in AO splint.

**Plan:**
- Ao splint removed today. Patient will benefit from a CAM boot for soft tissue support and fracture stabilization as well as the ability to remove it for wound care. Must remain NWB with crutches
- Return to clinic in 5 weeks for repeat XR
- Letter for parol given today
- meloxicam prescribed for pain. Must be taken with food.

### Roger Levy, MD at 08/21/23 1400

Status: Signed

The case was reviewed and discussed with NOOR M MAZA, and I have personally evaluated and seen the patient. I agree with the history, examination, and plan of care.

### ⚕ Vitals                                              Most recent update: 8/21/2023  2:24 PM

| BP | Pulse | Temp | Resp | SpO2 |
|---|---|---|---|---|
| 112/66 (BP Location: Right Arm, Patient Position: Sitting, Cuff Size: Large) | 107 | 36.7 °C (98.1 °F) (Oral) | 16 | 98% |

## All Flowsheet Templates (all recorded)

Encounter Vitals
Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score

## History Reviewed

Date Reviewed:
Last Reviewed by PASKAL, MONIKA on 8/15/2023

### ☺ Abuse and Neglect

| Questions | Responses |
|---|---|
| Is abuse or neglect suspected? | No |

## Allergies as of 8/21/2023                           Reviewed by Cynthia Suarez, RN on 8/21/2023

No Known Allergies

## Immunizations/Injections Administered as of 8/21/2023                          Never Reviewed

No immunizations on file.

## Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **meloxicam (MOBIC) 15 mg tablet**<br>Take 1 tablet by mouth once daily. - oral | 30 tablet | 1 | 8/21/2023 | — |

### ⚕ Visit Diagnoses and Associated Orders

Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter  -  Primary
ICD-10-CM: S92.234D
ICD-9-CM: V54.19

**ORDERS WITHOUT AN ASSOCIATED DIAGNOSIS**
meloxicam (MOBIC) 15 mg tablet [4477]

### ⚕ You Were Diagnosed With





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Visit ID

75508013

## Patient Demographics

| Patient Name | Legal Sex | DOB | Address | Phone |
|---|---|---|---|---|
| Acevedo, Felipe | Male | 11/8/1984 | 2215 1ST AVE APT 4A NEW YORK NY 10029 | 347-208-3537 (Home) 347-208-3537 (Mobile) |

## Patient Ethnicity & Race

| Ethnic Background | Patient Race |
|---|---|
| UNKNOWN [2] | OTHER [6] |

## Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/15/2023 1528 | Admit Date/Time: | 08/15/2023 1528 | IP Adm. Date/Time: | |
| Admission Type: | Emergency Department | Point of Origin: | Referral | Admit Category: | |
| Means of Arrival: | By Personal Means | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | MOUNT SINAI HEALTH SYSTEM | Unit: | Mount Sinai Emergency Department |
| Admit Provider: | | Attending Provider: | Rubayet Hossain, MD | Referring Provider: | |

## Patient Visit Locations

Mount Sinai Hospital

## Encounter Record Closed

| Encounter Record Closed Date | Encounter Record Closed Time | Disposition | Destination | Unit |
|---|---|---|---|---|
| Aug 16, 2023 | 12:17 AM | Home [9] | Home [1] | EMERGENCY DEPARTMENT [5119226] |

## Initial Time Seen by ED Provider

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 08/15/23 1540 | Provider | HOSSAIN, RUBAYET | -- |

## ED Event Log

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 08/15/23 1528 | Patient arrived in ED | LAWRENCE, KIM | -- |
| 08/15/23 1643 | Patient transferred | PASKAL, MONIKA | From room C 314 (Lounge) to room C 303 |
| 08/15/23 1728 | Patient transferred | HUANG, MAY | From room C 303 to room C 314 (Lounge) |
| 08/16/23 0017 | Patient transferred | MULLGRAV, TIYANNA | From room C 314 (Lounge) to room Discharge |
| 08/16/23 0017 | Patient Departure | MULLGRAV, TIYANNA | -- |
| 08/16/23 0017 | Patient Departure | MULLGRAV, TIYANNA | -- |

## Allergies as of 8/16/2023

Reviewed by Monika Paskal, RN on 8/15/2023

Not on File

## Medical as of 8/16/2023

Past Medical History: None
Pertinent Negatives: None

## Surgical as of 8/16/2023

None

## Family as of 8/16/2023

None

## Tobacco Use as of 8/16/2023

CONFIDENTIAL

| | Codes | Comments |
|---|---|---|
| Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter  - Primary | ICD-10-CM: S92.234D ICD-9-CM: V54.19 | |

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | OFFICE VISIT,EST,LEVL III (99213) | 8/21/2023 | Noor Maza, MD | | 1 |

## Level of Service

Level of Service

**OFFICE VISIT,EST,LEVL III (99213) [99213]**

Log History

LOS History

## Encounter Status

Electronically signed by Noor Maza, MD on 8/21/23 at 15:40

## Chart Cosign

| Accepted By | Accepted On |
|---|---|
| **Roger Levy, MD** | 8/22/2023  3:00 PM |

## Follow-up and Dispositions

- Return in about 5 weeks (around 9/25/2023).

Follow-up and Disposition History

## Communication Routing History

None

## ⓘ Questionnaires

No completed forms available for this encounter.

## Diagnoses

Visit Diagnosis Changes

750272 marked as Primary Diagnosis by MAZA, NOOR (MAZAN01), Mon Aug 21, 2023  3:40 PM

Added   750272 by MAZA, NOOR (MAZAN01), Mon Aug 21, 2023  3:40 PM

Added   1499683 by HARRIS, MICHAEL (HARRIM13), Wed Sep 6, 2023  6:40 PM (Addendum)

Deleted 750272 by HARRIS, MICHAEL (HARRIM13), Wed Sep 6, 2023  6:41 PM (Addendum)

## ⊘ Diagnoses

| | Codes | Comments |
|---|---|---|
| Closed nondisplaced fracture of intermediate cuneiform of right foot with routine healing, subsequent encounter  - Primary | ICD-10-CM: S92.234D ICD-9-CM: V54.19 | |

## ☐ Encounter-Level Documents on 08/21/2023:

Document on 8/21/2023 1548 by Adam Paronto, LPN: Excusal Note.pdf

## ☐ Order-Level Documents:

There are no order-level documents.

## Addendum Notes

No notes of this type exist for this encounter.

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Tobacco Use as of 8/16/2023 (continued)

| Smoking Status | Smoking Start Date | Quit Date | Smoking Frequency |
|---|---|---|---|
| Never | | | |

| Smokeless Status | Smokeless Type | Smokeless Quit Date | |
|---|---|---|---|
| Unknown | | | |

| Source | | | |
|---|---|---|---|
| Provider | | | |

## Alcohol Use as of 8/16/2023

None

## Drug Use as of 8/16/2023

None

## Sexual Activity as of 8/16/2023

None

## Smoking Cessation

Ready to quit: Not Answered (The patient currently doesn't use any tobacco.)
Counseling given: Not Answered

## ED Arrival Information

| Expected | Arrival | Acuity | Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|---|---|---|
| - | 8/15/2023 15:28 | Less Urgent (4) | By Personal Means | Self | Emergency Medicine | Emergency Department |

Arrival complaint
RT FOOT SHOT

## Admission Source

Referral [25]

## Chief Complaint

| User | Date & Time | Chief Complaint |
|---|---|---|
| Concepcion Maramag, RN | 08/15/2023 03:30 PM | Foot Pain |

## Clinical Impression

| Diagnosis | Comment | Added By | Time Added |
|---|---|---|---|
| Foot fracture, right, closed, initial encounter | | John Rozehnal, MD | 8/16/2023 12:13 AM |

## Prior to Admission Medication

**Prior to Admission medications have not yet been reviewed for this encounter**

## ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| Discharge | - | John Rozehnal, MD | Wed Aug 16, 2023 12:13 AM | Diagnosis: Foot fracture, right, closed, initial encounter [959961] |

## Follow Up Instructions

Ortho follow-up > Foot and Ankle, 17 E 102nd St, 6th Floor, 212-659-8554, Monday August 21st at 1PM

---

Generated on 6/13/24  4:11 AM





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

**Follow Up Instructions (continued)**

---

### ED Triage Notes

**ED Triage/Intake by Concepcion Maramag, RN at 08/15/23 1530**

| | | |
|---|---|---|
| Author: Concepcion Maramag, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 08/15/23 1533 | Date of Service: 08/15/23 1530 | Creation Time: 08/15/23 1530 |
| Status: Signed | Editor: Concepcion Maramag, RN (Registered Nurse) | |

Pt here for continued pain to right foot. Pt says " I had a GSW to same foot over a week ago, I was seen at Harlem Hospital and got dc with Crutches with no analgesia. Denies fever.[CM.1]

Signed by Concepcion Maramag, RN on 08/15/23 1533

**Attribution Key**

CM.1 - Concepcion Maramag, RN on 08/15/23 1530

**ED Disposition Decision Notes**

No notes of this type exist for this encounter.

---

### ED Provider notes

**ED Provider Notes by Rubayet Hossain, MD at 08/16/23 0017**

| | | |
|---|---|---|
| Author: Rubayet Hossain, MD | Service: Emergency Medicine | Author Type: Physician |
| Filed: 08/23/23 1903 | Date of Service: 08/16/23 0017 | Creation Time: 08/23/23 1901 |
| Status: Signed | Editor: Rubayet Hossain, MD (Physician) | |

## Past Medical History[RH.1]

No past medical history on file.
No past surgical history on file.
**Social History**

**Tobacco Use**
· Smoking status:          Never

**Sexual Orientation/Gender Identity**

No Known Allergies[RH.2]

## History of Present Illness

Patient is a 38 y.o. male.
General:
Prior care for this episode? Initial encounter
Pain severity:  Moderate
Relieved by:  Nothing
Treatments tried:  Rest

## Review of Systems

Review of Systems

---

Generated on 6/13/24  4:11 AM

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

---

### ED Provider notes (continued)

ED Provider Notes by Rubayet Hossain, MD at 08/16/23 0017 (continued)

Constitutional: Negative for diaphoresis and fever.
HENT: Negative for nosebleeds.
Eyes: Negative for discharge.
Respiratory: Negative for apnea.
Gastrointestinal: Negative for abdominal distention.
Musculoskeletal:
   **Foot pain**
Neurological: Negative for seizures.
Psychiatric/Behavioral: The patient is not hyperactive.

**Physical Exam**[RH.1]
BP 115/65 | Pulse 92 | Temp 36.7 °C (98.1 °F) | Resp 17 | Ht 1.651 m (5' 5") | Wt 75.3 kg (166 lb) | SpO2 95% | BMI 27.62 kg/m²[RH.2]

Physical Exam <u>Constitutional</u>:
  Appearance: He is not diaphoretic.
<u>HENT</u>:
  Nose: Nose normal.
<u>Eyes</u>:
  General: No scleral icterus.
<u>Cardiovascular</u>:
  Rate and Rhythm: Normal rate.
<u>Pulmonary</u>:
  Effort: No respiratory distress.
<u>Abdominal</u>:
  General: There is no distension.
<u>Musculoskeletal</u>:
  Right foot: Deformity and tenderness present.
<u>Skin</u>:
  Coloration: Skin is not jaundiced.
<u>Neurological</u>:
  Motor: No seizure activity.
<u>Psychiatric</u>:
  Behavior: Behavior normal.

**Assessment/Plan/MDM**
MS ED MDM 2023:
Problems Addressed:
  <u>Primary</u> <u>Problem:</u> **Gun shot wound**
  **Threat to life or bodily functions, including possible need for hospitalization**
Data Reviewed:
  **Ordered tests and reviewed test results**
  Independent interpretation of radiology test: **See ED course**
  Discussion of tests/management with an external provider, including consultant: Orthopedics consultant

**Updates**

---

CONFIDENTIAL

 **Mount Sinai**

THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

**ED Provider notes (continued)**

**ED Provider Notes by Rubayet Hossain, MD at 08/16/23 0017 (continued)**

Updates[RH.1]

**ED Course** as of 08/23/23 1902

Tue Aug 15, 2023

1610    Attending MDM -- I performed a substantive
        portion of the medical decision making:

        Briefly, Felipe Acevedo is a 38 y.o. male. No
        pertinent PMHx. Patient presents to the ED for
        follow-up trauma eval, was shot in the R foot
        one week ago, through-and-through,
        reportedly no fx based on XR from OSH, but pt
        now reporting intractable pain and continued
        swelling w/ some redness.

        Plan:
        Possible cellulitis vs osteomyelitis vs NSTI >
        CT foot > fx, ortho aware and will splint
        Ortho f/u > Foot and Ankle, 17 E 102nd St, 6th
        Floor, 212-659-8554, Monday August 21st at
        1PM [JR]

2123    **CT FOOT RIGHT WITH CONTRAST**
  **+**   Comminuted fractures of the medial,
        intermediate and lateral cuneiforms. [RH]

2252    Signed out to me pending ortho. Plan for xr,
        Ortho to splint, then repeat xr.

        Plan for ortho f/u per note above [JR]

**ED Course User Index**
[JR] John Rozehnal, MD
[RH] Rubayet Hossain, MD[RH.2]

## ED Attending Assessment/Plan

Attending Note[RH.1]

Signed by Rubayet Hossain, MD on 08/23/23 1903

**Attribution Key**

RH.1 - Rubayet Hossain, MD on 08/23/23 1901
RH.2 - Rubayet Hossain, MD on 08/23/23 1902

---

**ED Attestation Notes**

**CONFIDENTIAL**



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

**Mount Sinai**

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

**ED Attestation Notes (continued)**

**Attestation by Rubayet Hossain, MD at 08/15/23 1613**

| Author: Rubayet Hossain, MD | Service: Emergency Medicine | Author Type: Physician |
|---|---|---|
| Filed: 08/15/23 1613 | Date of Service: 08/15/23 1613 | Creation Time: 08/15/23 1613 |
| Status: Signed | Editor: Rubayet Hossain, MD (Physician) | |

Reviewed Studies:
  I have reviewed relevant laboratory values. and I have reviewed relevant imaging studies.


Reviewed Chart Elements:
  past medical history
  I have personally seen and examined this patient. I have fully participated in the care of this patient. I have reviewed all pertinent clinical information. I agree with the management and disposition of the patient.[RH.1]


**ED Course** as of 08/16/23 0011

**Tue Aug 15, 2023**
1610    Attending MDM -- I performed a substantive
        portion of the medical decision making:

        Briefly, Felipe Acevedo is a 38 y.o. male. No
        pertinent PMHx. Patient presents to the ED for
        follow-up trauma eval, was shot in the R foot
        one week ago, through-and-through,
        reportedly no fx based on XR from OSH, but
        pt now reporting intractable pain and
        continued swelling w/ some redness.

        Plan:
        Possible cellulitis vs osteomyelitis vs NSTI >
        CT foot > fx, ortho aware and will splint
        Ortho f/u > Foot and Ankle, 17 E 102nd St, 6th
        Floor, 212-659-8554, Monday August 21st at
        1PM [JR]
2123    **CT FOOT RIGHT WITH CONTRAST**
        Comminuted fractures of the medial,
        intermediate and lateral cuneiforms. [RH]
2252    Signed out to me pending ortho. Plan for xr,
        Ortho to splint, then repeat xr.

        Plan for ortho f/u per note above [JR]

**ED Course User Index**
[JR] John Rozehnal, MD
[RH] Rubayet Hossain, MD
[JR.1]

Signed by Rubayet Hossain, MD on 08/15/23 1613
**Attribution Key**
  JR.1 - John Rozehnal, MD on 08/16/23 0011
  RH.1 - Rubayet Hossain, MD on 08/15/23 1613





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## ED Attestation Notes (continued)

### Attestation by Rubayet Hossain, MD at 08/15/23 1613 (continued)

## ED Course

| Value | Comment | By | Time |
|---|---|---|---|
| | Attending MDM — I performed a substantive portion of the medical decision making<br><br>Briefly, Felipe Acevedo is a 38 y.o. male. No pertinent PMHx. Patient presents to the ED for follow-up trauma eval, was shot in the R foot one week ago, through-and-through, reportedly no fx based on XR from OSH, but pt now reporting intractable pain and continued swelling w/ some redness.<br><br>Plan<br>Possible cellulitis vs osteomyelitis vs NSTI &gt;CT foot &gt;fx, ortho aware and will splint<br>Ortho f/u &gt;Foot and Ankle, 17 E 102nd St, 6th Floor, 212-659-8554, Monday August 21st at 1PM | John Rozehnal, MD | 08/15 1810 |
| CT FOOT RIGHT WITH CONTRAST | Comminuted fractures of the medial, intermediate and lateral cuneiforms. | Rubayet Hossain, MD | 08/15 2123 |
| | Signed out to me pending ortho. Plan for xr, Ortho to splint, then repeat xr <br><br>Plan for ortho f/u per note above | John Rozehnal, MD | 08/15 2252 |

## Order Reconciliation History

### Admission Reconciliation started on Tue Aug 15, 2023  3:28 PM
- Previous admission reconciliation generated by Kim Lawrence on Tue Aug 15, 2023  3:28 PM
- Admission FAM list generated by Kim Lawrence on Tue Aug 15, 2023  3:28 PM
- Admission med list generated by Kim Lawrence on Tue Aug 15, 2023  3:28 PM

### Discharge Reconciliation started on Tue Aug 15, 2023  3:28 PM
- Pre-discharge orders reconciled by John Rozehnal, MD on Wed Aug 16, 2023 12:11 AM
- Pre-discharge orders reconciled by John Rozehnal, MD on Wed Aug 16, 2023 12:11 AM

### Discharge Readmit Reconciliation started on Wed Aug 16, 2023 12:27 AM
- No recent actions

## Discharge Medications

### TAKE these medications

| | Instructions | Quantity | Refills | What Changed |
|---|---|---|---|---|
| oxyCODONE-acetaminophen 5-325 mg tablet<br>Commonly known as: PERCOCET | Take 1 tablet by mouth every 6 hours as needed. Max Daily Amount: 4 tablets. | 12 tablet | 0 | |

## Where to Get Your Medications

These medications were sent to Uptown Care Pharmacy - New York, NY - 2254 2nd Ave

2254 2nd Ave, New York NY 10029-2208

Phone: 212-221-8355

☐ oxyCODONE-acetaminophen 5-325 mg tablet

## After Visit Summary

After Visit Summary printed by John Rozehnal, MD on 8/16/2023 12:12 AM





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**After Visit Summary (continued)**

ED AVS (below)

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**After Visit Summary (continued)**

# AFTER VISIT SUMMARY

**Felipe Acevedo** MRN: 3332481      📅 8/15/2023   📍 Mount Sinai Emergency Department 212-241-6639

## Instructions

  Your medications have changed

➡ START taking:
**oxyCODONE-acetaminophen (PERCOCET)**

**Review your updated medication list below.**

🏥 Pick up these medications at Uptown Care Pharmacy - New York, NY - 2254 2nd Ave
oxyCODONE-acetaminophen

Address:    2254 2nd Ave, New York NY 10029-2268
Phone:      212-221-8255

## Today's Visit
You were seen by Rubayet Hossain, MD and ATTENDING P
Reason for Visit
**Foot Pain**

## Medications Given
oxyCODONE-acetaminophen (PERCOCET) Last given at 4:32 PM
oxyCODONE-acetaminophen (PERCOCET) Last given at 6:36 PM

## What's Next
You currently have no upcoming appointments scheduled.

**MyMountSinai Sign-Up**
Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.
Go to https://mychart.mountsinai.org/mychart/, click "Sign Up Now", and enter your personal activation code:
F7XC7-CG6HQ-3DB5V. Activation code expires 10/15/2023.

## Follow Up Instructions
Ortho follow-up > Foot and Ankle, 17 E 102nd St, 6th Floor, 212-659-8554, Monday August 21st at 1PM

Felipe Acevedo (MRN: 3332481) (11/8/1984) • Printed by John at 8/16/2023 12:12 AM

Page 1 of 6  Epic

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**After Visit Summary (continued)**

## Your Results (continued)

CBC+PLT+DIFF
Collected on 8/15/2023
Resulted on 8/15/2023
Authorized by
Rubayet Hossain, MD

| WHITE BLOOD CELL | RBC BLOOD CELL | Hemoglobin |
|---|---|---|
| **9.8** x10E3/uL | **4.22** x10E6/uL | **12.8** G/DL |
| Reference Range 4.5 - 11.0 | Reference Range 4.50 - 6.00 | Reference Range 13.9 - 16.3 |

| HEMATOCRIT | MEAN CORP. VOLUME | MEAN CORP. HGB |
|---|---|---|
| **39.1** % | **92.7** FL | **30.3** PG |
| Reference Range 42.0 - 52.0 | Reference Range 80.0 - 98.0 | Reference Range 27.0 - 32.0 |

| MEAN CORP. HGB CONC. | RED DISTRIB. WIDTH | PLATELET |
|---|---|---|
| **32.7** G/DL | **12.9** % | **429** x10E3/uL |
| Reference Range 31.0 - 36.5 | Reference Range 11.5 - 15.0 | Reference Range 150 - 450 |

| MEAN PLT VOLUME | NEUTROPHIL % | LYMPHOCYTE % |
|---|---|---|
| **10.0** FL | **51.8** % | **35.3** % |
| Reference Range 7.4 - 12.0 | Reference Range 40.0 - 78.0 | Reference Range 15.0 - 50.0 |

| MONOCYTE % | EOSINOPHIL % | BASOPHIL % |
|---|---|---|
| **8.6** % | **3.1** % | **0.6** % |
| Reference Range 2.0 - 11.0 | Reference Range 0.0 - 5.0 | Reference Range 0.0 - 1.5 |

| IMMATURE GRAN% | NUCLEATE RBC% | NEUTROPHIL # |
|---|---|---|
| **0.6** % | **0.0** % | **5.1** x10E3/uL |
| Reference Range 0.0 - 0.7 | Reference Range 0.0 - 0.3 | Reference Range 1.9 - 8.0 |

| LYMPHOCYTE # | MONOCYTE # | EOSINOPHIL # |
|---|---|---|
| **3.5** x10E3/uL | **0.9** x10E3/uL | **0.3** x10E3/uL |
| Reference Range 1.0 - 4.5 | Reference Range 0.2 - 1.0 | Reference Range 0.0 - 0.6 |

| BASOPHIL # | IMMATURE GRAN# | NRBC# |
|---|---|---|
| **0.1** x10E3/uL | **0.1** x10E3/uL | **0.00** x10 3/uL |
| Reference Range 0.0 - 0.2 | Reference Range 0.0 - 0.1 | Reference Range 0.00 - 0.02 |

Generated on 6/13/24  4:11 AM

**CONFIDENTIAL**

**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**After Visit Summary (continued)**

Save Yourself a Trip With Virtual Urgent Care
For common urgent health care needs for adults and children, see a provider quickly with Virtual Urgent Care. Just start a video visit with the MyMountSinai app on any smart device.



To learn more, scan the QR code or visit mountsinai.org/virtualurgentcare.

## Your Results

**CT FOOT RIGHT WITH CONTRAST**
Collected on 8/15/2023
Resulted on 8/15/2023
Authorized by
Rubayet Hossain, MD

**Narrative**
Clinical history: Gunshot wound to the foot   Technique: Multiple axial images through the right foot were obtained utilizing soft tissue and bone algorithms. Sagittal and coronal reconstructions were obtained from the primary data set. Dose reduction techniques were utilized including kVp/mA dose modulation based on patient size and iterative reconstruction.   IV Contrast: 100 mL Isovue 370   Radiation dose estimate (dlp): 201 mGy-cm.   Comparison: None   Findings:  Bones and joint spaces: Comminuted fracture of the inferior half of the intermediate cuneiform. There are additional comminuted fractures of the medial/dorsal aspect of the lateral cuneiform and lateral/dorsal aspect of the medial cuneiform. There are multiple small adjacent osseous fragments extending towards the dorsal/lateral aspect of the foot, likely representing the course of the gunshot wound (series 4, image 43).   Soft tissues: No disproportionate muscle atrophy. Diffuse soft tissue swelling surrounding the foot. No fluid collections.
**Impression**
Impression:   Comminuted fractures of the medial, intermediate and lateral cuneiforms, likely from patient's reported history of gunshot wound as described above. Diffuse soft tissue swelling surrounding the foot.   Attending physician note: I agree with the above preliminary report.

Generated on 6/13/24  4:11 AM



Page 10

THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

**After Visit Summary (continued)**

## Your Results (continued)

BASIC METABOLIC PANEL
Collected on 8/15/2023
Resulted on 8/15/2023
Authorized by
Rubayet Hossain, MD

**CO2 TOTAL**
26.8 MEQ/L
Reference Range 22.0 - 30.0
Comment: Please note: As of 08/15/2016, the reference range for total CO2 is changed to 22 - 30 mEq/L.
Previous range was 22 -32 mEq/L.

**CHLORIDE-BLD**
104 MEQ/L
Reference Range 96 - 108

**Creatinine**
0.80 mg/dL
Reference Range 0.70 - 1.30
Comment: Please note that as of 11/2/2022 reported reference intervals are based on age and gender

**GLUCOSE**
81 mg/dL
Reference Range 60 - 100
Comment: Please note: As of 08/15/2016, the reference range for glucose is changed to 60-100 mg/dL.
Previous range was 65-139 mg/dL.

**POTASSIUM**
4.4 MEQ/L
Reference Range 3.5 - 5.2

**SODIUM-BLD**
138 MEQ/L
Reference Range 135 - 145

**UREA NITROGEN**
9 mg/dL
Reference Range 6 - 23
Comment: Please note: As of 08/15/2016, the reference range for BUN is changed to 6 - 23 mg/dL.
Previous ranges were F:8-24 mg/dL and M:11-25 mg/dL.

**CALCIUM**
9.1 mg/dL
Reference Range 8.5 - 10.5

**ANION GAP**
7.20 mEq/L
Reference Range 7.00 - 16.00

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

**After Visit Summary (continued)**

### Your Results (continued)

**EST GFR Whole Blood**

**116** ml/min/1.73m2
Reference Range > 60
Comment: Effective February 15, 2022 the estimated Glomerular Filtration Rate (eGFR)for adults 18 and older will be reported using the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) 2021 creatinine equation that does not use a race coefficient. This replaces the 2009 CKD-EPI creatinine equation that was previously reported (without its race coefficient) from December 8, 2020 to February 14, 2022. The 2021 CKD-EPI creatinine equation is based on serum creatinine, age, and assigned sex at birth. One eGFR is reported per creatinine value. For transgender and gender expansive patients, an individualized and multi-disciplinary approach is needed when interpreting eGFR.

**SED RATE (ESR)**
Collected on 8/15/2023
Resulted on 8/15/2023
Authorized by
Rubayet Hossain, MD

**^ ERYTHROCYTE SED. RATE**

**39** MM/HR
Reference Range 0 - 30
Comment: PLEASE NOTE:
The reference range for ESR has been updated due to a change in the testing methodology. Please interpret results accordingly.

**C REACTIVE PROTEIN**
Collected on 8/15/2023
Resulted on 8/15/2023
Authorized by
Rubayet Hossain, MD

**C REACTIVE PROTEIN**

**4.2** MG/L
Reference Range 0.0 - 5.0
Comment: Significantly decreased CRP values may be obtained from samples taken from patients who have been treated with carboxypenicillins.

### Imaging Results Pending

The imaging you received today was a preliminary interpretation - we will try to notify you if there is any change in the interpretation, on final review. We need your most up-to-date contact information, to be able to notify you.

Immunizations Administered on Date of Encounter - 8/16/2023
No immunizations on file.

## Changes to Your Medication List

START taking these medications


**START**

**oxyCODONE-acetaminophen** 5-325 mg tablet
Commonly known as: PERCOCET

Take 1 tablet by mouth every 6 hours as needed. Max Daily Amount: 4 tablets.

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**After Visit Summary (continued)**

High Risk Medication Advisory

It is possible that medications you received today and/or that have been prescribed for you could have a temporary disorienting effect until they wear off. As a result, you might feel lightheaded or dizzy, increasing your risk of falling. So be especially careful when walking or getting up. You may also experience drowsiness, blurred vision or slowed reflexes. Increased excitability or difficulty concentrating can also occur.

For your safety and the safety of others, please take these medications only as directed. Additionally, do not drive a motor vehicle or operate complex equipment until any disorienting effects have passed. It is advisable not to make important personal or business decisions, or sign legal papers. In general, you should not drink alcohol or take sleeping pills while on medications.

CONFIDENTIAL



THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

**After Visit Summary (continued)**

**All AVS Reports**

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/16/2023 12:12 AM | ED AVS | Printed | John Rozehnal, MD |

**Attestation**

Patient discharge information has been reviewed: (not recorded)

**Procedure Notes**

No notes of this type exist for this encounter.

**Consult Notes**

Consults by Jinghui Zheng, PA-C at 08/15/23 2159

| Author: Jinghui Zheng, PA-C | Service: Orthopedic Surgery | Author Type: Physician Assistant |
| Filed: 08/16/23 0020 | Date of Service: 08/15/23 2159 | Creation Time: 08/15/23 2159 |
| Status: Cosign Needed | Editor: Jinghui Zheng, PA-C (Physician Assistant) | |
| Cosign Required: Yes | | |

### Orthopedic Consult Note

**Patient Name: Acevedo, Felipe**
**MRN: 3332481**
**DOB: 11/8/1984**
**DOA: 08/15/2023**
**Consult From: ED**
**Consult Reason: R midfoot injury**

HPI:[JZ.1]

Felipe Acevedo[JZ.2] is an[JZ.1] 38 y.o. male[JZ.2] w/pmh/psh significant for asthma, seizure d/o (well controlled, last episode was 2016), p/w R foot pain s/p GSW (DOI: 8/12, am) initially evaluated in Harlem hospital, told no fx and given HSS and cane[JZ.3], C[JZ.4]lame in[JZ.3] today to ED[JZ.4] for worsening pain and swelling over RLE and difficulty ambulating. CT done here shows some midfoot fxs. Report has been cleaning the wounds w/hy[JZ.3]drogen peroxide[JZ.5]. Denies any fever/chills.

Social Hx[JZ.3]
Allergic to PCN[JZ.6]-skin peeling of palm and swelling of the throat
Not currently taking any ac
Ambulating w/o assistant device at baseline
Current cigarettes smoker (1pk/day) and marijuana user, denies any illicit drug using
Working in security and stocking[JZ.4]
Last tetanus shot was a year ago[JZ.5]



**Mount Sinai**

| | | |
|---|---|---|
| THE MOUNT SINAI HOSPITAL | Acevedo, Felipe | |
| One Gustave L. Levy Place | MRN: 3332481, DOB: 11/8/1984, Sex: M | |
| NEW YORK NY 10029-6500 | Acct #: 75508013 | |
| Entire Chart | Adm: 8/15/2023, D/C: 8/16/2023 | |

**Consult Notes (continued)**

Consults by Jinghui Zheng, PA-C at 08/15/23 2159 (continued)

No current facility-administered medications for this encounter.

No current outpatient medications on file.[JZ.2]

**Physical Exam:**[JZ.1]
General: patient is alert and oriented, anxious appearing
Cardiac: no sign of acute cardiac distress
Pulmonary: no sign of acute respiratory distress
RLE: +two wounds of dorsal and medial side of foot, superficial, not able to probe deep w/q tip (about 0.1 cm in depth) w/o surrounding erythema, no discharge under palpation,[JZ.4] no sign of infection, +ecchymosis over medial heel/foot,[JZ.5] diffuse swelling of the foot/distal tib/fib, w/ttp, 1+dp pulse, sensation intact to light touch over foot, firing: ehl/ta/gsc w/pain, non ttp over knee, no obvious other injury appreciated over RLE[JZ.4]

**Recent Labs**

| Labs (Last 72 hrs.) | 08/15/23 1715 |
|---|---|
| WBC | 9.8 |
| HEMATOCRIT | 39.1* |
| GLUCOSE | 81 |
| CREAT | 0.80 |
| ESR | 39* |
| CRP | 4.2[JZ.2] |

**Imaging:**[JZ.1]
Xray of R foot/CT non con of R foot: fx of medial, intermediate and lateral cuneiforms

Procedure: wound care and short leg AO splint
Bullets wound (entry/exit) cleaned and irrigated w/2L betadine/NS mixed solution, covered w/xeroform/gauze, wrapped w/k[JZ.4]erlix[JZ.5]. Short leg ao splint[JZ.4]. Patient tolerate procedure well w/o immediate post procedure complication.[JZ.5]

**Assessment:**[JZ.1]
38 y.o. male[JZ.2] w/asthma, seizure d/o p/w R foot injury s/p GSW (DOI: 8/12, am) sustained R multiple midfoot fxs now s/p local wound care and short AO splint to RLE.[JZ.5]

**Plan:**[JZ.1]
-pain control-per ED
-NWB RLE, keep splint on and dry all the time
-crutches for ambulating, RLE elevation for pain and swelling
-tetanus shot UTD
-strict return precaution: uncontrolled pain, fever, chills, broke/wet splint
-smoking cessation educated

CONFIDENTIAL



THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

**Mount Sinai**

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Consult Notes (continued)

**Consults by Jinghui Zheng, PA-C at 08/15/23 2159 (continued)**

-pt contact #347-208-3537
-f/u w/orthopedic foot and ankle clinic on 8/21, 1p
Orthopedic Clinic
17 East 102nd Street - 6th Floor
(212) 659-8554
-patient seen and plan discussed w/orthopedic resident on call Dr. Mustapich[JZ,5]

Jinghui Zheng[JZ,2], PA-C[JZ,5]
Orthopaedics pager #[JZ,1]4025[JZ,5]

Signed by Jinghui Zheng, PA-C on 08/16/23 0020

**Attribution Key**
JZ.1 - Jinghui Zheng, PA-C on 08/15/23 2159
JZ.2 - Jinghui Zheng, PA-C on 08/15/23 2204
JZ.3 - Jinghui Zheng, PA-C on 08/15/23 2239
JZ.4 - Jinghui Zheng, PA-C on 08/15/23 2358
JZ.5 - Jinghui Zheng, PA-C on 08/16/23 0008
JZ.6 - Jinghui Zheng, PA-C on 08/15/23 2343

## MAR Audit Report
(all recorded)

Acevedo, Felipe 3332481
EMERGENCY DEPARTMENT

### 08/15/23

| | Sched Time | Admin Time | Dose | Route | Action | User | Reason | Infusion Rate | Admin Duration |
|---|---|---|---|---|---|---|---|---|---|
| oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet ONCE [617905707] | 1630 | 08/15/23 1632 | 1 tablet | oral | Given | MP[1] | | | |
| Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours. | | | | | | | | | |
| oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet ONCE [617939433] | 1900 | 08/15/23 1836 | 1 tablet | oral | Given | MP[1] | | | |
| Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours. | | | | | | | | | |

### 08/16/23

| | Sched Time | Admin Time | Dose | Route | Action | User | Reason | Infusion Rate | Admin Duration |
|---|---|---|---|---|---|---|---|---|---|
| oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet ONCE [617977046] | 0030 | 08/16/23 0030 | 1 tablet | oral | Given | TM[2] | | | |
| Maximum dose of acetaminophen is 4000 mg from all sources in 24 hours. | | | | | | | | | |

### Users
| | |
|---|---|
| 1 | Monika Pashal, RN |
| 2 | Tiyanna Mullgrav, RN |

## Medications - Medication Orders

**oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet [617905707]**

Electronically signed by: Rubayet Hossain, MD on 08/15/23 1610
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1630 - 1 occurrence
Dose: 1 tablet
Rate: ONCE

Ordering provider: Rubayet Hossain, MD

Package: 0406-0512-23

Status: **Completed**

Generated on 6/13/24 4:11 AM



Page 17



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Medications - Medication Orders (continued)

### oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet [617939433]

Status: **Completed**

Electronically signed by: **Rubayet Hossain, MD on 08/15/23 1829**
Ordering user: Rubayet Hossain, MD 08/15/23 1829
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1900 - 1 occurrence
Dose: 1 tablet
Rate: ONCE

Ordering provider: Rubayet Hossain, MD

Package: 0904-7093-61

### oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 2 tablet [617977009]

Status: **Discontinued**

Electronically signed by: **John Rozehnal, MD on 08/16/23 0009**
Ordering user: John Rozehnal, MD 08/16/23 0009
Authorized by: John Rozehnal, MD
Frequency: Once 08/16/23 0030 - 1 occurrence
Package: 0406-0512-23
Rate: ONCE

Ordering provider: John Rozehnal, MD

Discontinued by: John Rozehnal, MD 08/16/23 0009
Dose: 2 tablet

### oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet 1 tablet [617977046]

Status: **Completed**

Electronically signed by: **John Rozehnal, MD on 08/16/23 0009**
Ordering user: John Rozehnal, MD 08/16/23 0009
Authorized by: John Rozehnal, MD
Frequency: Once 08/16/23 0030 - 1 occurrence
Dose: 1 tablet
Rate: ONCE

Ordering provider: John Rozehnal, MD

Package: 0406-0512-23

### oxyCODONE-acetaminophen (PERCOCET) 5-325 mg tablet [617977178]

Status: **Active**

Electronically signed by: **John Rozehnal, MD on 08/16/23 0011**
Ordering user: John Rozehnal, MD 08/16/23 0011
Authorized by: John Rozehnal, MD
Frequency: Q6H PRN 08/16/23 - Until Discontinued
Dose: 1 tablet
Rate: EVERY 6 HOURS PRN

Ordering provider: John Rozehnal, MD

Max daily dose: 4 tablets

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Lab - Laboratory Orders

### CBC+PLT+DIFF [617905708]

Electronically signed by: **Rubayet Hossain, MD on 08/15/23 1610**
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1608 - 1 occurrence

Ordering provider: Rubayet Hossain, MD

Status: **Completed**

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyMountSinai (MyChart)? | Auto-release |

### BASIC METABOLIC PANEL [617905709]

Electronically signed by: **Rubayet Hossain, MD on 08/15/23 1610**
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1608 - 1 occurrence

Ordering provider: Rubayet Hossain, MD

Status: **Completed**

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyMountSinai (MyChart)? | Auto-release |

### SED RATE (ESR) [617905712]

Electronically signed by: **Rubayet Hossain, MD on 08/15/23 1610**
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1611 - 1 occurrence

Ordering provider: Rubayet Hossain, MD

Status: **Completed**

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyMountSinai (MyChart)? | Auto-release |

### C-REACTIVE PROTEIN (CRP) [617905713]

Electronically signed by: **Rubayet Hossain, MD on 08/15/23 1610**
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1611 - 1 occurrence

Ordering provider: Rubayet Hossain, MD

Status: **Completed**

**Questionnaire**

| Question | Answer |
|---|---|
| Release to MyMountSinai (MyChart)? | Auto-release |

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

### Imaging · Imaging Orders

#### CT FOOT RIGHT WITH CONTRAST [617905711]

Electronically signed by: Rubayet Hossain, MD on 08/15/23 1610
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1611 - 1 occurrence

Status: **Completed**

Ordering provider: Rubayet Hossain, MD

Indications of use: Foot swelling, nondiabetic, osteomyelitis suspected, Fracture, foot

Questionnaire

| Question | Answer |
|---|---|
| Ordering provider pager number | 332-895-7571 |
| Isolation? | NONE |
| Oral Contrast | N/A |
| IV contrast type | N/A |
| Release to MyMountSinai (MyChart)? | Auto-release |

Order comments: Relevant results: No results found for: EGFR, No results found for: EGFRAA

#### XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617963820]

Electronically signed by: Rubayet Hossain, MD on 08/15/23 2214
Ordering user: Rubayet Hossain, MD 08/15/23 2214
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 2215 - 1 occurrence

Status: **Completed**

Ordering provider: Rubayet Hossain, MD

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam? | foot fracture |
| Ordering provider pager number | 332-895-7571 |
| Isolation? | NONE |
| Release to MyMountSinai (MyChart)? | Auto-release |

#### XR FOOT RIGHT; 2 VIEWS [617967235]

Electronically signed by: Rubayet Hossain, MD on 08/15/23 2253
Ordering user: Rubayet Hossain, MD 08/15/23 2253
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 2254 - 1 occurrence

Status: **Completed**

Ordering provider: Rubayet Hossain, MD

Questionnaire

| Question | Answer |
|---|---|
| Reason for Exam? | post-splint eval |
| Ordering provider pager number | 332-895-7571 |
| Isolation? | NONE |
| Release to MyMountSinai (MyChart)? | Auto-release |

#### XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617970143]

Electronically signed by: Rubayet Hossain, MD on 08/15/23 2333
Ordering user: Rubayet Hossain, MD 08/15/23 2333
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 2334 - 1 occurrence

Status: **Completed**

Ordering provider: Rubayet Hossain, MD

---

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## IV - Other Orders

### SALINE LOCK IV [617905710]

Electronically signed by: Rubayet Hossain, MD on 08/15/23 1610
Ordering user: Rubayet Hossain, MD 08/15/23 1610
Authorized by: Rubayet Hossain, MD
Frequency: Once 08/15/23 1609 - 1 occurrence

Status: **Discontinued**

Ordering provider: Rubayet Hossain, MD

Discontinued by: Discharge Autodiscontinue 08/16/23 0432 [Patient Discharge]

## Discharge - Other Orders

### DISCHARGE PATIENT FROM ED [617977278]

Electronically signed by: John Rozehnal, MD on 08/16/23 0013
Ordering user: John Rozehnal, MD 08/16/23 0013
Authorized by: John Rozehnal, MD
Frequency: Once 08/16/23 0013 - 1 occurrence

Status: **Completed**

Ordering provider: John Rozehnal, MD

**Questionnaire**

| Question | Answer |
|---|---|
| Diagnosis | Foot fracture, right, closed, initial encounter |

**Updates**

Discharge disposition: Home

## Laboratory Results

### SED RATE (ESR) [617905742] (Abnormal)

Ordering provider: Rubayet Hossain, MD 08/15/23 1610

Resulted: 08/15/23 2140, Result status: Final result

Resulting lab: MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS

**Collection: [Ancillary ID]**

| ID | Type | Source | Collected On |
|---|---|---|---|
| M215008312 | Blood | — | 08/15/23 1715 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| ERYTHROCYTE SED. RATE | 39 | 0 - 30 MM/HR | H ^ | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |

Comment:
PLEASE NOTE:
The reference range for ESR has been updated due to a change in the testing methodology. Please interpret results accordingly.

### BASIC METABOLIC PANEL [617905738]

Ordering provider: Rubayet Hossain, MD 08/15/23 1610

Resulted: 08/15/23 1757, Result status: Final result

Resulting lab: MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS

**Collection: [Ancillary ID]**

| ID | Type | Source | Collected On |
|---|---|---|---|
| M215008312 | Blood | — | 08/15/23 1715 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CO2 TOTAL | 26.8 | 22.0 - 30.0 MEQ/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |

Comment:
Please note: As of 08/15/2016, the reference range for total CO2 is changed to 22 - 30 mEq/L.
Previous range was 22 -32 mEq/L.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| CHLORIDE-BLD | 104 | 96 - 106 MEQ/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| CREATININE | 0.80 | 0.70 - 1.30 mg/dL | | MOUNT SINAI HOSPITAL |

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

### Laboratory Results (continued)

**BASIC METABOLIC PANEL [617905738] (continued)**　　Resulted: 08/15/23 1757, Result status: Final result

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | CENTER FOR CLINICAL LABS |
| Comment: Please note that as of 11/2/2022 reported reference intervals are based on age and gender |  |  |  |  |
| GLUCOSE | 81 | 60 - 100 mg/dL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| Comment: Please note: As of 08/15/2016, the reference range for glucose is changed to 60-100 mg/dL. Previous range was 65-139 mg/dL. |  |  |  |  |
| POTASSIUM | 4.4 | 3.5 - 5.2 MEQ/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| SODIUM-BLD | 138 | 135 - 145 MEQ/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| UREA NITROGEN | 9 | 6 - 23 mg/dL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| Comment: Please note: As of 08/15/2016, the reference range for BUN is changed to 6 - 23 mg/dL. Previous ranges were F:8-24 mg/dL and M:11-25 mg/dL. |  |  |  |  |
| CALCIUM | 9.1 | 8.5 - 10.5 mg/dL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| ANION GAP | 7.20 | 7.00 - 16.00 mEq/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| EST GFR Whole Blood | 116 | >=60 ml/min/1.73m2 | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |

Comment:
Effective February 15, 2022 the estimated Glomerular Filtration Rate (eGFR)for adults 18 and older will be reported using the Chronic Kidney Disease Epidemiology Collaboration (CKD-EPI) 2021 creatinine equation that does not use a race coefficient. This replaces the 2009 CKD-EPI creatinine equation that was previously reported (without its race coefficient) from December 6, 2020 to February 14, 2022. The 2021 CKD-EPI creatinine equation is based on serum creatinine, age, and assigned sex at birth. One eGFR is reported per creatinine value. For transgender and gender expansive patients, an individualized and multi-disciplinary approach is needed when interpreting eGFR.

---

**C-REACTIVE PROTEIN (CRP) [617905743]**　　Resulted: 08/15/23 1757, Result status: Final result

Ordering provider: Rubayet Hossain, MD  08/15/23 1610　　Resulting lab: MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS

**Collection: [Ancillary ID]**

| ID | Type | Source | Collected On |
|---|---|---|---|
| M215008312 | Blood | — | 08/15/23 1715 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| C REACTIVE PROTEIN | 4.2 | 0.0 - 5.0 MG/L | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |

Comment:
Significantly decreased CRP values may be obtained from samples taken from patients who have been treated with carboxypenicillins.

---

**CBC+PLT+DIFF [617905736] (Abnormal)**　　Resulted: 08/15/23 1742, Result status: Final result





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Laboratory Results (continued)

**CBC+PLT+DIFF [617905736] (Abnormal) (continued)**                                           Resulted: 08/15/23 1742, Result status: Final result

Ordering provider: Rubayet Hossain, MD  08/15/23 1610                     Resulting lab: MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS

Collection: [Ancillary ID]

| ID | Type | Source | Collected On |
|---|---|---|---|
| M215008312 | Blood | — | 08/15/23 1715 |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WHITE BLOOD CELL | 9.8 | 4.5 - 11.0 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| RBC BLOOD CELL | 4.22 | 4.50 - 6.00 x10E6/uL | L ⌄ | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| Hemoglobin | 12.8 | 13.9 - 16.3 G/DL | L ⌄ | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| HEMATOCRIT | 39.1 | 42.0 - 52.0 % | L ⌄ | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MEAN CORP. VOLUME | 92.7 | 80.0 - 98.0 FL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MEAN CORP. HGB | 30.3 | 27.0 - 32.0 PG | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MEAN CORP. HGB CONC. | 32.7 | 31.0 - 36.5 G/DL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| RED DISTRIB. WIDTH | 12.9 | 11.5 - 15.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| PLATELET | 429 | 150 - 450 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MEAN PLT VOLUME | 10.0 | 7.4 - 12.0 FL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| NEUTROPHIL % | 51.8 | 40.0 - 78.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| LYMPHOCYTE % | 35.3 | 15.0 - 50.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MONOCYTE % | 8.8 | 2.0 - 11.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| EOSINOPHIL % | 3.1 | 0.0 - 5.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| BASOPHIL % | 0.6 | 0.0 - 1.0 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| Immature Granulocyte | 0.6 | 0.0 - 0.7 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| NUCLEATE RBC% | 0.0 | 0.0 - 0.3 % | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| NEUTROPHIL # | 5.1 | 1.9 - 8.0 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| LYMPHOCYTE # | 3.5 | 1.0 - 4.5 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| MONOCYTE # | 0.9 | 0.2 - 1.0 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| EOSINOPHIL # | 0.3 | 0.0 - 0.6 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| BASOPHIL # | 0.1 | 0.0 - 0.2 x10E3/uL | — | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL |

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

## Laboratory Results (continued)

**CBC+PLT+DIFF [617905736] (Abnormal) (continued)**                    Resulted: 08/15/23 1742, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Immature Granulocyte # | 0.1 | 0.0 - 0.1 x10E3/uL | --- | LABS MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |
| NRBC# | 0.00 | 0.00 - 0.02 x10 3/uL | --- | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS | MOUNT SINAI HOSPITAL CENTER FOR CLINICAL LABS | Ila R Singh | One Gustave L. Levy Place 212-241-4675 New York NY 10029 | 04/21/15 1344 - 03/25/24 1740 |

---

## Imaging - Radiology Results

**CT FOOT RIGHT WITH CONTRAST [617905741]**                    Resulted: 08/15/23 2033, Result status: In process

Ordering provider: Rubayet Hossain, MD  08/15/23 1610          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010109506                                   Resulting lab: RADIOLOGY MAIN

**CT FOOT RIGHT WITH CONTRAST [617905741]**                    Resulted: 08/15/23 2104, Result status: Preliminary result

Ordering provider: Rubayet Hossain, MD  08/15/23 1610          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010109506                                   Resulting lab: RADIOLOGY MAIN
Narrative:
Clinical history: Gunshot wound to the foot

Technique: Multiple axial images through the right foot were obtained
utilizing soft tissue and bone algorithms. Sagittal and coronal
reconstructions were obtained from the primary data set. Dose
reduction techniques were utilized including kVp/mA dose modulation
based on patient size and iterative reconstruction.

IV Contrast: 100 mL Isovue 370

Radiation dose estimate (dlp): 201 mGy-cm.

Comparison: None

Findings:

Bones and joint spaces: Comminuted fracture of the inferior half of
the intermediate cuneiform. There are additional comminuted fractures
of the medial/dorsal aspect of the lateral cuneiform and
lateral/dorsal aspect of the medial cuneiform. There are multiple
small adjacent osseous fragments extending towards the dorsal/lateral
aspect of the foot, likely representing the course of the gunshot
wound (series 4, image 43).

Soft tissues: No disproportionate muscle atrophy.

Impression:
Impression:

Comminuted fractures of the medial, intermediate and lateral
cuneiforms, likely from patient's reported history of gunshot wound
as described above.

THIS IS A PRELIMINARY RESIDENT REPORT. FINAL ATTENDING REPORT TO
FOLLOW.

**CT FOOT RIGHT WITH CONTRAST [617905741]**                    Resulted: 08/15/23 2157, Result status: Final result

Ordering provider: Rubayet Hossain, MD  08/15/23 1610          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010109506                                   Resulting lab: RADIOLOGY MAIN
Narrative:
Clinical history: Gunshot wound to the foot

---





THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332461, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Imaging - Radiology Results (continued)

**CT FOOT RIGHT WITH CONTRAST [617905741] (continued)**   Resulted: 08/15/23 2157, Result status: Final result

Technique: Multiple axial images through the right foot were obtained
utilizing soft tissue and bone algorithms. Sagittal and coronal
reconstructions were obtained from the primary data set. Dose
reduction techniques were utilized including kVp/mA dose modulation
based on patient size and iterative reconstruction.

IV Contrast: 100 mL Isovue 370

Radiation dose estimate (dlp): 201 mGy-cm.

Comparison: None

Findings:

Bones and joint spaces: Comminuted fracture of the inferior half of
the intermediate cuneiform. There are additional comminuted fractures
of the medial/dorsal aspect of the lateral cuneiform and
lateral/dorsal aspect of the medial cuneiform. There are multiple
small adjacent osseous fragments extending towards the dorsal/lateral
aspect of the foot, likely representing the course of the gunshot
wound (series 4, image 43).

Soft tissues: No disproportionate muscle atrophy. Diffuse soft tissue
swelling surrounding the foot. No fluid collections.

Impression:
Impression:

Comminuted fractures of the medial, intermediate and lateral
cuneiforms, likely from patient's reported history of gunshot wound
as described above. Diffuse soft tissue swelling surrounding the foot.

Attending physician note: I agree with the above preliminary report.

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617963628]**   Resulted: 08/15/23 2248, Result status: In process
Ordering provider: Rubayet Hossain, MD  08/15/23 2214          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110778                                  Resulting lab: RADIOLOGY MAIN

**XR FOOT RIGHT; 2 VIEWS [617967238]**   Resulted: 08/15/23 2323, Result status: In process
Ordering provider: Rubayet Hossain, MD  08/15/23 2253          Accession number: 1010110830
Resulting lab: RADIOLOGY MAIN

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617963628]**   Resulted: 08/15/23 2328, Result status: Preliminary result
Ordering provider: Rubayet Hossain, MD  08/15/23 2214          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110778                                  Resulting lab: RADIOLOGY MAIN
Narrative:
EXAM: Three views of the right foot

HISTORY: Foot fracture

COMPARISON: None

FINDINGS/IMPRESSION:
Faint scattered lucency mainly in the intermediate cuneiform, which
correlates to the fracture seen on same-day CT right foot. There is a
faint linear lucency along lateral/plantar aspect of the median
cuneiform also correlating to a fracture seen on same-day CT foot and
best seen on the oblique view.
The joint spaces are preserved.
No significant soft tissue swelling.

THIS IS A PRELIMINARY RESIDENT REPORT. FINAL ATTENDING REPORT TO
FOLLOW.

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617970144]**   Resulted: 08/15/23 2333, Result status: In process
Ordering provider: Rubayet Hossain, MD  08/15/23 2333          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110830                                  Resulting lab: RADIOLOGY MAIN

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

**Mount Sinai**

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

**Imaging - Radiology Results (continued)**

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617970144]**    Resulted: 08/15/23 2356, Result status: Preliminary result

Ordering provider: Rubayet Hossain, MD  08/15/23 2333          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110830                                  Resulting lab: RADIOLOGY MAIN
Narrative:
EXAM: 4 views of the right foot

HISTORY: Postsplint evaluation.

COMPARISON: Same day right foot radiographs at 10:36 PM; same day CT
right foot at 8:05 PM

FINDINGS/IMPRESSION:
The patient is status post reduction with interval splinting for
comminuted fractures of the medial, intermediate, and lateral
cuneiforms, with plaster material which obscures underlying fine bony
and soft tissue detail. Bony alignment is improved.

THIS IS A PRELIMINARY RESIDENT REPORT. FINAL ATTENDING REPORT TO
FOLLOW.

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617963628]**    Resulted: 08/16/23 0056, Result status: Final result

Ordering provider: Rubayet Hossain, MD  08/15/23 2214          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110778                                  Resulting lab: RADIOLOGY MAIN
Narrative:
EXAM: Three views of the right foot

HISTORY: Foot fracture. Pain.

COMPARISON: None

FINDINGS/IMPRESSION:
Faint scattered lucency mainly in the intermediate cuneiform, which
correlates to the traumatic fracture seen on same-day CT right foot.
There is a faint linear lucency along lateral/plantar aspect of the
median cuneiform also correlating to a traumatic fracture seen on
same-day CT foot and best seen on the oblique view.
The joint spaces are preserved.
No significant soft tissue swelling.

Attending physician note: I agree with the above preliminary report.

**XR FOOT RIGHT, COMPLETE; MINIMUM OF 3 VIEWS [617970144]**    Resulted: 08/16/23 0100, Result status: Final result

Ordering provider: Rubayet Hossain, MD  08/15/23 2333          Resulted by: Yemeni Srinivasu, MD
Accession number: 1010110830                                  Resulting lab: RADIOLOGY MAIN
Narrative:
EXAM: 4 views of the right foot

HISTORY: Postsplint evaluation.

COMPARISON: Same day right foot radiographs at 10:36 PM; same day CT
right foot at 8:05 PM

FINDINGS/IMPRESSION:
The patient is status post reduction with interval splinting for
comminuted fractures of the medial, intermediate, and lateral
cuneiforms, with plaster material which obscures underlying fine bony
and soft tissue detail. Bony alignment is improved.

Attending physician note: I agree with the above preliminary report.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 7 - RM | RADIOLOGY MAIN | Unknown | Unknown | 11/03/20 1322 - Present |

Not recorded

**Education**

Title: First-Dose Education (Not Started)

Points For This Title

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

**Education (continued)**

### Point: acetaminophen (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Point: Ibuprofen (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Point: electrolyte-S (ph 7.4) (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Point: mag hydrox/aluminum hyd/simeth (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Point: oxycodone HCl/acetaminophen (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Point: ondansetron HCl/PF (Not Started)

Description:
Instruct learners on name and purpose of medications and possible side effects. If appropriate, include food/drug interactions, reporting of efficacy, and symptoms to report.

Learner
Progress:    Not documented in this visit.

### Title: General Patient Education (Not Started)

**Points For This Title**

#### Point: Isolation Precautions (Not Started)

Learner
Progress:    Not documented in this visit.

---

**Discharge Instructions**                                                  Acevedo, Felipe (MRN 3332481)

None

---


CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Acevedo, Felipe**

Acevedo, Felipe does not have an active treatment plan of type ONCOLOGY TREATMENT in this episode.

## Hep C Screening

Patient interested in Hep C Screening: Offered and Rejected
Reviewed: 8/15/2023 3:57 PM

## Pneumococcal Vaccine Assessment

No data filed

## HIV Screening

HIV Screening: Offered and Rejected
Reviewed: 8/15/2023 3:57 PM

## Flowsheets (all recorded)

### ED PB and HB Extracts

| Row Name | 08/20/23 1739 |
| --- | --- |
| **ED PB EXTRACT** | |
| Send PB Extract | Yes -AL |

### Mental Status

| Row Name | 08/19/23 1630 |
| --- | --- |
| **Mental Status** | |
| Level of Consciousness | Alert -CM |
| Orientation Level | Oriented X3 -CM |
| Cognition | Follows commands -CM |

### Vital Signs/Pain Assessment/Ht/Wt/Sedation Scale/Aldrete Score

| Row Name | 08/19/23 0016 | 08/15/23 20:37:32 | 08/19/23 1805 | 08/15/23 1739 | 08/15/23 1569 |
| --- | --- | --- | --- | --- | --- |
| **Vital Signs** | | | | | |
| Temp | — | 38.7 °C (98.1 °F) -MI (r) AB (t) | 37 °C (98.6 °F) -GA | — | — |
| Pulse | — | 92 -MI (r) AB (t) | 90 -GA | — | — |
| Resp | — | 17 -MI (r) AB (t) | 18 -GA | 19 -MP | — |
| BP | — | 115/85 -MI (r) AB (t) | 102/64 -GA | — | — |
| Pain Level | — | — | — | 9 -MP | — |
| **Vital Signs** | | | | | |
| Heart Rate Source | — | — | Monitor -GA | — | — |
| MAP (mmHg) | — | 82 -MI (r) AB (t) | 77 -GA | — | — |
| **Departure Condition** | | | | | |
| Departure Condition | Stable -TM | — | — | — | — |
| Mobility at Departure | Ambulatory -TM | — | — | — | — |
| Is patient being discharged to home? | Yes -TM | — | — | — | — |
| Does the patient require transportation by ambulette or ambulance? | No -TM | — | — | — | — |
| Patient Teaching | Discharge Instructions reviewed;Medications discussed;Follow-up care reviewed;Pain management discussed -TM | — | — | — | — |
| Understanding Verbalized By | Patient;Family Member -TM | — | — | — | — |
| Departure Mode | With spouse/significant other -TM | — | — | — | — |
| **Pain Assessment** | | | | | |
| Pain Scale Adult | — | — | — | 0 - 10 (NRS) - Numerical | — |

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

---

**Flowsheets (all recorded) (continued)**

| | | | | Ranking Scale -MP | |
|---|---|---|---|---|---|
| Level of Consciousness | — | — | — | Wide Awake -MP | — |
| Pain Level Acceptable | — | — | — | 0 - Yes -MP | — |
| Vital Signs Documented | — | Yes -MI (r) AB (t) | Yes -GA | — | — |
| First BP, Pulse and Temp Documented | — | Yes -MI (r) AB (t) | Yes -GA | — | — |
| OTHER | | | | | |
| Change in Height from Last Visit | — | — | — | — | 0 cm -MP |
| Growth Velocity (cm/yr) | — | — | — | — | 13.27 cm/yr -MP |
| Change in Weight from Last Visit | — | — | — | — | 0 kg -MP |
| Days since Height filed | — | — | — | — | 4541 days -MP |
| Days since last Weight filed | — | — | — | — | 4541 days -MP |
| Weight(a) lbs | — | — | — | — | 144.22 -MP |
| Weight(a) kg | — | — | — | — | 65.55 -MP |
| Weight*3.75 | — | — | — | — | 601.31 -MP |
| Height cm | — | — | — | — | 165.1 -MP |
| Height*5 | — | — | — | — | 825.5 -MP |
| Weight*9.56 | — | — | — | — | 626.66 -MP |
| Height*1.85 | — | — | — | — | 305.44 -MP |
| BSA (DuBois Formula) | — | — | — | — | 1.83 -MP |
| Mifflin-St Jeor RMR | — | — | — | — | 1599.85 -MP |
| RESP VENTILATOR TIDAL VOLUME | — | — | — | — | 434 -MP |
| 4 mL/kg times Calculated IBW | — | — | — | — | 248 -MP |
| 5 mL/kg times Calculated IBW | — | — | — | — | 310 -MP |
| 6 mL/kg times Calculated IBW | — | — | — | — | 372 -MP |
| 7 mL/kg times Calculated IBW | — | — | — | — | 434 -MP |
| 8 mL/kg times Calculated IBW | — | — | — | — | 496 -MP |
| BMI | — | — | — | — | 27.62 -MP |
| BMI (Calculated) | — | — | — | — | 27.6 -MP |
| IBW/kg (Calculated) Male | — | — | — | — | 61.5 -MP |
| Low Range Vt 6cc/kg MALE | — | — | — | — | 369 -MP |
| Adult Moderate Range Vt 8cc/kg MA | — | — | — | — | 492 -MP |
| Adult High Range Vt 10cc/kg MALE | — | — | — | — | 615 -MP |
| IBW/kg (Calculated) FEMALE | — | — | — | — | 57 -MP |
| Low Range Vt 6cc/kg FEMALE | — | — | — | — | 342 -MP |
| Adult Moderate Range vt 8cc/kg FEMALE | — | — | — | — | 456 -MP |
| Percent Weight Change Since Birth | — | — | — | — | 0 -MP |
| Low Range Vt 6cc/kg | — | — | — | — | 372 -MP |
| Adult Moderate Range Vt 8cc/kg | — | — | — | — | 496 -MP |
| Adult High Range Vt 10cc/kg | — | — | — | — | 620 -MP |
| Oxygen Therapy | | | | | |
| Oxygen Device | None (Room air) -TM | | | — | — |
| SpO2 | — | 95 % -MI (r) AB (t) | 100 % -GA | — | — |
| Height and Weight | | | | | |
| BSA (Calculated - sq | — | — | — | — | 1.86 sq meters -MP |

**CONFIDENTIAL**



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Flowsheets (all recorded) (continued)**

| | | | | | |
|---|---|---|---|---|---|
| m) | | | | | |
| BMI (Calculated) kg/m2 | — | — | — | — | 27.7  -MP |
| **Height and Weight** | | | | | |
| BSA (Calculated - sq m) | — | — | — | — | 1.86  -MP |
| BMI (Calculated) | — | — | — | — | 27.62  -MP |
| IBW/kg (Calculated) | — | — | — | — | 62  -MP |
| **Relevant Labs and Vitals** | | | | | |
| Temp (in Celsius) | — | 36.7  -MI (r) AB (t) | 37  -GA | — | — |
| **Nutrition** | | | | | |
| BMI | — | — | — | — | 27.62  -MP |
| **Cardiac Calculations** | | | | | |
| VO2( Calculated sq m) | — | — | — | — | 232.5 sq meters  -MP |

| Row Name | 08/15/23 1534 | 08/15/23 1530 | | | |
|---|---|---|---|---|---|
| **Vital Signs** | | | | | |
| Temp | 36.9 °C (98.4 °F)  -CB | — | | | |
| Temp src | Oral  -CB | — | | | |
| Pulse | 98  -CB | — | | | |
| Resp | 18  -CB | — | | | |
| BP | 114/78  -CB | — | | | |
| Patient Position | Sitting  -CB | — | | | |
| Pain Level | 10  -CB | — | | | |
| **Vital Signs** | | | | | |
| MAP (mmHg) | 90  -CB | — | | | |
| BP Location | Left Arm  -CB | — | | | |
| BP Method | Dinamap Cuff  -CB | — | | | |
| **Pain Assessment** | | | | | |
| Vital Signs Documented | Yes  -CB | — | | | |
| First BP, Pulse and Temp Documented | Yes  -CB | — | | | |
| **OTHER** | | | | | |
| Elopement Risk Assessment | — | Low Risk  -CM | | | |
| **Oxygen Therapy** | | | | | |
| SpO2 | 100 %  -CB | — | | | |
| **Relevant Labs and Vitals** | | | | | |
| Temp (in Celsius) | 36.9  -CB | — | | | |

**CONFIDENTIAL**



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Flowsheets (all recorded)

### Admission Data & Directives

| Row Name | 08/15/23 1557 |
|---|---|
| **Does the Patient Have an Advance Directive (For Healthcare)?** | |
| Healthcare Directive | No, patient does not have an advance directive for healthcare treatment, information provided  -MP |
| Healthcare Agent Appointed | No  -MP |
| Pre-existing DNR Order | No  -MP |
| Pre-existing DNI Order | No  -MP |

### Screening & Discharge Planning

| Row Name | 08/15/23 1536 | 08/15/23 1530 |
|---|---|---|
| **Surveillance** | | |
| Have you had close contact with a person who has Chickenpox, Measles, Mumps, Monkeypox, Ebola/Lassa/Marburg or any other known unusual, highly infectious disease in the last 3 weeks? | --- | No  -CM |
| **Domestic Violence** | | |
| Are you being hit, kicked, pushed, punched? | No  -MP | --- |
| Are you in an emotionally abusive relationship? | No  -MP | --- |
| Are you in a sexually abusive relationship? | No  -MP | --- |
| Is there evidence of | No Evidence of Abuse and Neglect  -MP | --- |
| Do you feel safe in your current home environment? | Yes  -MP | --- |
| **Recent Travel Surveillance** | | |
| Have you traveled outside the U.S. in the past 21 days? | --- | No  -CM |
| **Abuse and Neglect** | | |
| Do you feel you are being financially abused? | No  -MP | --- |

### Pain Reassessment

| Row Name | 08/15/23 1730 | 08/15/23 1524 |
|---|---|---|
| **Pain Assessment** | | |
| Pain Score Documented | Yes  -MP | Yes  -CB |
| Pain Score Documented | Yes  -MP | Yes  -CB |





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

## Flowsheets (all recorded)

### ED Triage

| Row Name | 08/15/23 1533 | 08/15/23 1530 |
|---|---|---|
| **ED Team** | | |
| ED Team Assignment | Mid-Fast  -CM | — |
| **Triage Plan** | | |
| Post Triage Destination | Direct to Bed  -CM | — |
| **OTHER** | | |
| Upgrade to Adult RESUS | No  -CM | — |
| **Update Triage Plan** | | |
| ESI Level | 4  -CM | — |
| **ID band on** | | |
| ID Band Applied | Yes  -CM | — |
| Allergy Band Applied | N/A  -CM | — |
| **Language** | | |
| Preferred Language | — | NN  -CM |

### Pressure Injury Present on ED Arrival

| Row Name | 08/15/23 1507 |
|---|---|
| **Pressure Injury Present on ED Arrival** | |
| Pressure Injury Present on ED Arrival | No  -MP |

### Barriers to Learning

| Row Name | 08/15/23 1558 |
|---|---|
| **Barriers to Learning** | |
| Patient able to participate? | Yes  -MP |
| Does the patient/guardian have any barriers to learning? | No Barriers  -MP |
| Will there be a co-learner? | No  -MP |
| **Language Cognition** | |
| What is the patient's preferred language for receiving health information? | English  -MP |
| Is an interpreter required? | No  -MP |
| **Learning Preference** | |
| How does the patient/guardian prefer to learn new concepts? | Listening;Reading;Demonstration  -MP |

CONFIDENTIAL



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

## Flowsheets (all recorded)

### Alcohol Screening

| Row Name | 08/15/23 1557 |
|---|---|
| **Alcohol Screening** | |
| How many times in the past year have you had 4 (women) 5 (men) drinks in a day? | 0 -MP |

### Drug Screening

| Row Name | 08/15/23 1557 |
|---|---|
| **Drug Screening** | |
| How many times in the past year have you used an illegal drug or used a prescription medication for non-medical reason? | 0 -MP |

### Kinder Fall Risk

| Row Name | 08/15/23 1557 |
|---|---|
| **Fall Risk Assessment** | |
| Presented to emergency department because of falls | No -MP |
| Patient Age | Less than 70 -MP |
| Altered Mental Status, Intoxication with alcohol or substance confusion (Disorientation, impaired judgment, poor safety awareness, or inability to follow instructions) | No -MP |
| Impaired Mobility: Ambulates or transfers with assistive devices or assistance; Ambulates with unsteady gait and no assistance; Unable to ambulate or transfer | No -MP |
| Nurse Judgement (Bowel/bladder incontinence, diarrhea, urinary frequency or urgency, sensory deficits, leg weakness, orthostatic hypotension, dizziness/vertigo, current medications such as diuretics, narcotics or sedatives, recent seizure history) | No -MP |





**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Mount Sinai**

## Flowsheets (all recorded)

### Hospital Gown

| Row Name | 08/15/23 1509 |
|---|---|
| **Patient in Hospital Gown** | |
| Patient in Hospital Gown | Offered and Declined - MP |

### Sensory Needs

| Row Name | 08/15/23 1506 |
|---|---|
| **Sensory Needs** | |
| Sensory Needs | None -MP |

### Elopement Risk

| Row Name | 08/15/23 1530 |
|---|---|
| **Elopement Risk** | |
| Is patient cognitively impaired with poor decision making skills (i.e. acutely intoxicated or chemically impaired, intermittent confusion, developmental delay, autism, or disorientation)? | No -CM |
| Is patient a Danger to self/others? | No -CM |
| Is patient an unaccompanied minor (Parent/Guardian not present) OR undergoing evaluation for maltreatment/neglect ? | No -CM |
| Elopement Risk Assessment | Low Risk -CM |
| Does the patient ambulate independently with or without the use of an assistive device (including a wheelchair)? | Yes -CM |

CONFIDENTIAL



**Mount Sinai**

THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

**Flowsheets (all recorded)**

**Height/Weight**

| Row Name | 08/15/23 1558 |
|---|---|
| **Height and Weight** | |
| Height | 1.651 m (5' 5")  -MP |
| Height Method | Stated  -MP |
| Weight | 75.3 kg (166 lb)  -MP |
| Weight Method/Scale | Reported  -MP |

**C-SSRS**

| Row Name | 08/15/23 1600 |
|---|---|
| **Columbia Suicide Severity Rating Scale** | |
| 1. In the past month, have you wished you were dead or wished you could go to sleep and not wake up? | No  -MP |
| 2. In the past month, have you actually had any thoughts of killing yourself? | No  -MP |
| Do you have thoughts of hurting or killing yourself right now? | No  -MP |
| 6. Have you ever done anything, started to do anything, or prepared to do anything to end your life? | No  -MP |
| Risk of Suicide | No Suicide Risk  -MP |

**End Primary Assessment**

| Row Name | 08/15/23 1558 |
|---|---|
| **End Primary RN Assessment** | |
| Primary Nurse Assessment End | End  -MP |

**CONFIDENTIAL**



**THE MOUNT SINAI HOSPITAL**
One Gustave L. Levy Place
NEW YORK NY 10029-6500
Entire Chart

Acevedo, Felipe
MRN: 3332481, DOB: 11/8/1984, Sex: M
Acct #: 75508013
Adm: 8/15/2023, D/C: 8/16/2023

## Flowsheets (all recorded)

### SOFA

| Row Name | 08/16/23 0001 | 08/15/23 2300 | 08/15/23 2203 | 08/15/23 2100 | 08/15/23 2002 |
|---|---|---|---|---|---|
| **SOFA** | | | | | |
| SOFA Score (Do Not Edit) | 0 -EB | 0 -EB | 0 -EB | 0 -EB | 0 -EB |

| Row Name | 08/15/23 1901 | 08/15/23 1801 | 08/15/23 1701 | 08/15/23 1602 | |
|---|---|---|---|---|---|
| **SOFA** | | | | | |
| SOFA Score (Do Not Edit) | 0 -EB | 0 -EB | 0 -EB | 0 -EB | |

### Care Handoff

| Row Name | 08/16/23 0016 |
|---|---|
| **Care Handoff** | |
| Report Given to | Patient went home -TM |
| Patient Infusion Continued on Admission | No -TM |

### User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates |
|---|---|---|
| M | Int. Mesimo | |
| GA | Gabriel Abreu | 03/24/23 - |
| CB | Christopher Bailey | 09/14/20 - |
| AB | Aminata Bemba | 03/24/23 - 06/09/24 |
| EB | Epic Batchgusr | |
| AL | Amber Laracuente | |
| CM | Concepcion Maramag, RN | 08/24/20 - 11/05/23 |
| TM | Tiyanna Mullgrav, RN | 03/24/23 - 11/05/23 |
| MP | Monika Paskal, RN | 03/24/23 - 11/05/23 |

### Treatment Team Audit Trail

| User | Date/Time | Action | Provider | Role | ED |
|---|---|---|---|---|---|
| Monika Paskal, RN | 08/15/23 1539 | Add | Monika Paskal, RN | Registered Nurse | Yes |
| Rubayet Hossain, MD | 08/15/23 1540 | Add | Rubayet Hossain, MD | Attending | Yes |
| Rubayet Hossain, MD | 08/15/23 1540 | Add | PRIMARY, ATTENDING CASE | Resident | Yes |
| Monika Paskal, RN | 08/15/23 1915 | Update | Monika Paskal, RN | Registered Nurse | Yes |
| Monika Paskal, RN | 08/15/23 1915 | Add | Tiyanna Mullgrav, RN | Registered Nurse | Yes |
| John Rozehnal, MD | 08/16/23 0003 | Update | Rubayet Hossain, MD | Attending | Yes |
| John Rozehnal, MD | 08/16/23 0003 | Add | John Rozehnal, MD | Attending | Yes |
| Tiyanna Mullgrav, RN | 08/16/23 0017 | Update | Tiyanna Mullgrav, RN | Registered Nurse | Yes |

### Blood Administration Orders

No orders found for this encounter

### Encounter-Level Documents:

There are no encounter-level documents.

### Order-Level Documents:

There are no order-level documents.

### Patient-Level Documents:

There are no patient-level documents.

### Patient Care Timeline

No data selected in time range



Jalissa Hunter
Medical Records / HIT
MDC Brooklyn
80 29th St.
Brooklyn, NY, 11232
(P) 718-840-5397

7/8/24

**CONFIDENTIAL**

Felipe Acevedo #07241-054
Metropolitan Detention Center
80-29 th Street
Brooklyn, New York, 11232

9589 0710 5270

CERTIFIED

LEGAL MAIL

United States District Court (CLERK-OFFICE
Southern District of New York
U.S. Court House - 500 Pearl Street
New York, New York, 10007

RECEIVED
AUG 08 2024
CLERK'S OFFICE

forever usa

I USA FOREVER 2022

I USA FOREVER 2022

PURPLE HEART
FOREVER USA

forever usa

forever usa