```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
FELIPE ACEVEDO,                                               :
                                                              :
                                    Plaintiff,                :     1:24-cv-558-GHW
                                                              :
              -v-                                             :     ORDER
                                                              :
CITY OF NEW YORK, *et al.*,                                   :
                                                              :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court received Plaintiff's letter, mailed on February 11, 2025, and received by the Court on February 24, 2025. Dkt. No. 42. The Court also received Plaintiff's two previous letters notifying the Court of his change of address and requesting that the Court send him all the documents in his case. *See* Dkt. Nos. 33, 35. The Court issued an order on January 30, 2025, which granted Plaintiff's request for an extension of time to file his third amended complaint and ordered that the Clerk of Court mail Plaintiff all the documents filed in this case. Dkt. No. 36. The mailing receipt was entered on the docket, so the Court expects that Plaintiff, if he has not already, will receive these documents shortly.

If Plaintiff does not receive these materials, Plaintiff is directed to write to the Court again, so that the Court can address this issue. Because of the delay in receiving the Court's order and the accompanying documents, Plaintiff is granted a further extension of time to file his third amended complaint. Plaintiff's third amended complaint is due no later than April 30, 2025. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail and to terminate the motion pending at Dkt. No. 42.

SO ORDERED.

Dated: February 27, 2025
       New York, New York
                                                  _____
                                                         GREGORY H. WOODS
                                                      United States District Judge