```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                   :
FELIPE ACEVEDO,                    :
                                                   :
                                Plaintiff,     :                 1:24-cv-558-GHW
                                                   :
                          -v-                             :                      <u>ORDER</u>
                                                   :
CITY OF NEW YORK, *et al.*,         :
                                                   :
                               Defendants.   :
                                                   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       The Court received Plaintiff's letter, mailed on March 1, 2025, and received by the Court on March 12, 2025. Dkt. No. 44. The Court also received Plaintiff's letter, mailed on February 11, 2025, and received by the Court on February 24, 2025. Dkt. No. 42. The Court also received Plaintiff's two previous letters notifying the Court of his change of address and requesting that the Court send him all the documents in his case. *See* Dkt. Nos. 33, 35. The Court issued an order on January 30, 2025, which granted Plaintiff's request for an extension of time to file his third amended complaint and ordered that the Clerk of Court mail Plaintiff all the documents filed in this case. Dkt. No. 36. On February 27, 2025, the Court issued an order further extending the deadline for Plaintiff to file his third amended complaint. Dkt. No. 43.

       In his letter dated March 1, 2025, Plaintiff again informed the Court that he has not received and does not have access to his case documents; he therefore again requested that the Court mail him copies of the documents filed in this case.[1] Dkt. No. 44. Plaintiff's request is granted. The

---

[1] The Court has ensured that Plaintiff's address matches that on the Federal Bureau of Prisons online inmate locator as of the date of this order. However, the Court emphasizes that Chief Judge Swain's order dated February 14, 2024 stated that "it is Plaintiff's obligation" to provide the Court with an address that will allow him to receive court mailings. Dkt. No. 5 at 2. If Plaintiff fails to provide the Court with an address at which he can receive court mail, "the Court may dismiss the action." *Id.*

Clerk of Court is directed to mail a copy of the documents at Dkt. Nos. 1–44 to Plaintiff by certified mail. Because of the delay in receiving the Court's order and the accompanying documents, Plaintiff is granted a further extension of time to file his third amended complaint. Plaintiff's third amended complaint is due no later than May 30, 2025. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: March 19, 2025
       New York, New York

_____
GREGORY H. WOODS
United States District Judge