USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                 :
FELIPE ACEVEDO,                     :
                                                 :
                              Plaintiff,    :         1:24-cv-558-GHW
                                                  :
                     -v-                        :                 <u>ORDER</u>
                                                  :
CITY OF NEW YORK, *et al.*,            :
                                                  :
                                 Defendants.   : 
                                                  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On April 14, 2025, the Court received Plaintiff's Third Amended Complaint. Dkt. No. 48. The Court also received Plaintiff's letters dated April 2, 2025 and April 9, 2025. Dkt. Nos. 49, 50. To respond to Plaintiff's letters, Plaintiff did do the correct thing in naming all the defendants and all the alleged events in the newest complaint. The Court also understands that Plaintiff has now received the case documents mailed to Plaintiff.

       The Clerk of Court is directed to: (1) issue summonses for Defendants Griselly Rosario and Edwin Howell; (2) complete USM-285 forms with the service addresses for those defendants; and (3) deliver all documents necessary to effect service of summonses and the Third Amended Complaint, Dkt. No. 48, on those defendants to the USMS. The Clerk of Court is further directed to terminate the motion pending at Dkt. No. 47 as moot. The Clerk of Court is directed to mail to Plaintiff a copy of this order and a copy of the docket sheet by certified mail.

       SO ORDERED.

Dated: April 16, 2025
       New York, New York

                                                                        _____
                                                                           GREGORY H. WOODS
                                                                      United States District Judge