```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                         :
FELIPE ACEVEDO,                 :
                         :
                 Plaintiff,    :       1:24-cv-558-GHW
                         :
        -v-                   :           <u>ORDER</u>
                         :
CITY OF NEW YORK, *et al.*,    :
                         :
                Defendants.   :
                         :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court received Plaintiff's letter dated April 17, 2025. Dkt. No. 58. Plaintiff requested that the Court assist him with his case, research the defendants' backgrounds, schedule a conference to discuss settlement, and send him law books and case law. *Id.* Plaintiff's requests are denied. The Court cannot do research for Plaintiff or send him legal research. Plaintiff must litigate his case himself or with the assistance of counsel. And if Plaintiff wishes to discuss settlement, he may contact the attorneys for the defendants. The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

       SO ORDERED.

Dated: April 27, 2025

                                           _____
                                                    GREGORY H. WOODS
                                                  United States District Judge