```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                  :
FELIPE ACEVEDO,                                   :
                                                  :
                                  Plaintiff,      :     1:24-cv-558-GHW
                                                  :
            -v-                                   :     ORDER
                                                  :
CITY OF NEW YORK, *et al.*,                       :
                                                  :
                                  Defendants.     :
                                                  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated July 14, 2025, Corporation Counsel requested leave to file a motion to dismiss Plaintiff's claims against Defendants Howell and Rosario pursuant to Fed. R. Civ. P. 12(b)(6). Dkt. No. 81. Corporation Counsel's application is granted. The briefing schedule for the motion on behalf of Defendants Howell and Rosario is as follows. The motion to dismiss must be filed no later than August 4, 2025. Plaintiff's opposition must be filed no later than four weeks from the date of service of the motion papers. Defendants' reply, if any, is due no later than two weeks from the date of service of Plaintiff's opposition. If Plaintiff fails to file a timely opposition to Defendants' motions, the Court will consider the motion unopposed and rule on it in due course.

Further, by letter dated June 26, 2025 and received by the Court on July 8, 2025, Plaintiff requested that the Court consider Defendant City of New York to have waived its reply to Plaintiff's opposition to its motion to dismiss. Dkt. No. 80. Plaintiff's application is denied. By order dated June 23, 2025, the Court granted Defendant City of New York's application for an extension of time to file a reply brief in support of its motion to dismiss. Dkt. No. 75. The City of New York's reply brief is currently due no later than July 16, 2025. *See id.*

The Clerk of Court is directed to terminate the motion pending at Dkt. Nos. 80, 81. The Clerk of Court is further directed to mail a copy of this order, a copy of the docket sheet, and a copy

of the documents at Dkt. Nos. 16, 27, 28, 29, 34, 38, 39, 40, 41, 76, and 79 to Plaintiff by certified mail.

SO ORDERED.

Dated: July 14, 2025
      New York, New York

_____
GREGORY H. WOODS
United States District Judge