```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                             :
FELIPE ACEVEDO,                                :
                                             :
                            Plaintiff,     :          1:24-cv-558-GHW
                                             :
               -v-                             :               <u>ORDER</u>
                                             :
CITY OF NEW YORK, *et al.*,             :
                                             :
                            Defendants.  :
                                             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated July 27, 2025, Plaintiff Felipe Acevedo requested an extension of time to file an opposition to the motion to dismiss filed by Defendants Rosario and Howell. Dkt. No. 89. Plaintiff's request is granted. Plaintiff's opposition must be filed no later than October 3, 2025. Defendants' reply, if any, is due no later than October 31, 2025. The Court reminds Plaintiff that if he fails to file a timely opposition, the Court will consider the motion unopposed and rule on it in due course.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 84 and 89. The Clerk of Court is further directed to mail a copy of this order to Plaintiff by certified mail.

      SO ORDERED.

Dated: August 12, 2025
       New York, New York

                                                                                GREGORY H. WOODS
                                                                              United States District Judge