USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
        :
FELIPE ACEVEDO,        :
        :
        Plaintiff,     :     1:24-cv-558-GHW
        :
     -v-     :     <u>ORDER</u>
        :
CITY OF NEW YORK, *et al.*,        :
        :
        Defendants.    :
        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated July 27, 2025, Plaintiff Felipe Acevedo requested an extension of time to file an opposition to the motion to dismiss filed by Defendants Rosario and Howell. Dkt. No. 89.

By letter dated August 3, 2025, Plaintiff repeated his request for an extension of time to file an opposition to the motion to dismiss filed by Defendants Rosario and Howell. Dkt. No. 92.

On August 12, 2025 and in response to Plaintiff's July 27, 2025 letter, the Court granted Plaintiff's request for extension of time to file his opposition. Dkt. No. 91 ("August 12 Order"). At this time, the Court will not further extend time for Plaintiff to file an opposition to the motion to dismiss filed by Defendants Rosario and Howell. As noted in the August 12 Order, Plaintiff's opposition must be filed no later than October 3, 2025.

The Clerk of Court is directed to mail a copy of this order to Plaintiff by certified mail.

SO ORDERED.

Dated: August 14, 2025
      New York, New York

                                                  _____
                                                    GREGORY H. WOODS
                                                   United States District Judge