```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
FELIPE ACEVEDO, :
:
                Plaintiff, :    1:24-cv-558-GHW
:
                -v- :    ORDER
:
CITY OF NEW YORK, *et al.*, :
:
                Defendants. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    By letter dated August 10, 2025, Plaintiff Felipe Acevedo informed the Court that he had transferred facilities and requested that the Court mail him copies of all documents on the docket in this case. Dkt. No. 94. Plaintiff's request is granted.

    In the same letter, Plaintiff requested an extension of time to file an opposition to the motion to dismiss filed by Defendants Rosario and Howell. Dkt. No. 94. Plaintiff justified his request based on his recent transfer of facilities. *Id.* Prior to this transfer, Plaintiff requested extensions of time to file an opposition on two occasions, justifying both requests based on the pending transfer. *See* Dkt. Nos. 89, 92. The Court granted Plaintiff's first request. Dkt. No. 91. At this time, the Court will not further extend time for Plaintiff to file an opposition. Plaintiff's opposition must be filed no later than October 3, 2025.

    The Clerk of Court is directed to mail a copy of this order, a copy of the docket sheet, and a copy of the documents at Dkt. Nos. 1–7, 9–94 to Plaintiff by certified mail.

    SO ORDERED.

Dated: August 21, 2025

                                                                 GREGORY H. WOODS
                                                                United States District Judge