UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│ USDC SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #: _____            │
│ DATE FILED:  9/8/2025               │
└─────────────────────────────────────┘
```

-------------------------------------------------------------- X

FELIPE ACEVEDO,                           :
                                          :
                                          :
                            Plaintiff,    :            1:24-cv-558-GHW
                                          :
                  -v-                     :            ORDER
                                          :
CITY OF NEW YORK, *et al.*,               :
                                          :
                            Defendants.   :
                                          :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of Plaintiff's letter dated August 27, 2025. Dkt. No. 97. The Court

also confirms receipt of Plaintiff's letter dated August 10, 2025 requesting that the Court mail

Plaintiff copies of documents filed in this case. Dkt. No. 94. The Court directed the Clerk of Court

to send documents to Plaintiff on August 21, 2025. Dkt. No. 95. The Court understands that the

Clerk of Court mailed those documents on August 22, 2025.

The Clerk of Court is directed to mail a copy of this order and a copy of the docket sheet to

Plaintiff by certified mail.

SO ORDERED.

Dated: September 8, 2025
       New York, New York

                                          _____
                                               GREGORY H. WOODS
                                               United States District Judge