```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
FELIPE ACEVEDO,                                                     :
                                                                    :
                                            Plaintiff,              :       1:24-cv-558-GHW
                                                                    :
                        -v-                                         :       ORDER
                                                                    :
CITY OF NEW YORK, *et al.*,                                         :
                                                                    :
                                            Defendants.             :
                                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    The Court is in receipt of Plaintiff's letter dated September 14, 2025. Dkt. No. 99. The Court understands Plaintiff to be asking the Court whether Defendants Officer Griselly Rosario and Officer Edwin Howell (collectively, the "NYPD Defendants") filed a motion to dismiss. *Id.* The NYPD Defendants moved to dismiss Plaintiff's claims against them on August 4, 2025. *See* Dkt. Nos. 86–88. The Court also understands Plaintiff to be informing the Court that he does not have copies of the documents associated with the NYPD Defendants' motion to dismiss. Accordingly, Plaintiff's deadline to file any opposition is extended until November 1, 2025. The NYPD Defendants' reply, if any, is due no later than December 3, 2025.

    The Clerk of Court is directed to mail a copy of this order, a copy of the docket sheet, and a copy of the documents at Dkt. Nos. 86, 87, and 88 to Plaintiff via certified mail.

    SO ORDERED.

Dated: September 24, 2025
       New York, New York

                                                GREGORY H. WOODS
                                               United States District Judge