USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X

FELIPE ACEVEDO,

Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

Defendants.

--------------------------------------------------------------- X

1:24-cv-558-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court is in receipt of Plaintiff's letter filed July 6, 2026 and dated June 29, 2026. Dkt. No. 171. Plaintiff requests that the Court deny Defendants Rosario and Howell's request for an extension of time to answer the operative complaint. Dkt. No. 157. That request is denied. The Court granted that request on June 16, 2026. Dkt. No. 158. The Court also observes that Plaintiff's request is premised on the notion that Defendants Rosario and Howell requested an enlargement of time to file a renewed motion to dismiss. That is inaccurate. Defendants only requested an extension of time to file an answer. The Court granted that request.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 171 and to mail a copy this order to Plaintiff by certified mail.

SO ORDERED.

Dated: July 10, 2026

GREGORY H. WOODS
United States District Judge