USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 10/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

FELIPE ACEVADO,

Plaintiff,

-v-

SEBASTIAN RUEDA VALDIVIESO, MD, *et al.*,

Defendants.

---------------------------------------------------------------- X

1:24-cv-558-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On September 30, 2026, Plaintiff, proceeding *pro se*, sent a letter to the Court requesting certain documents. Dkt. No. 178. Defendants' counsel is directed to mail Plaintiff another copy of the medical forms. The parties are reminded of their obligation to complete discovery within the time period established in the Court's scheduling order, Dkt. No 174.

The Clerk of Court is directed to mail Plaintiff the docket sheet, the scheduling order at Dkt. No. 174, and a copy of this order. The Clerk of Court is also directed to terminate the motion pending at Dkt. No. 178.

SO ORDERED.

Dated: October 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge